HENRY PACHECO
444 E HEREFORD AVE
RATON, NM 87740
(575) 445-3871 (P)
(575) 445-3692 (F)

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 30 2019

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CIVIL NO. ___19 CV 1013 MV KK___
(supplied by the courts)

HENRY PACHECO, Plaintiff

VS

MARY LOU KERNIS, ROSE BERNAL, MICHEAL THOMASON, AND
The VIGIL MALDONADO DETENTION CENTER (U.M.D.C) All
in the individual capacities, DEFENDANTS

## PRISONERS CIVIL RIGHTS COMPLAINT

### A. PARTIES AND JURISDICTIONS

1.  HENRY PACHECO is a citizen of the state
    (PLAINTIFF)
    of NEW MEXICO who presently resides

at the Vigil Maldonado Detention Center
(Defendant)
LOCATED AT 444 E. HEREFORD AVE, RATON,
NEW MEXICO 87740.

VS.

2. Defendants, MARY LOU KERNS (county Mgr),
ROSE BECNA (JAIL ADMINISTRATOR), MICHELE
THOMPSON (LIEUTENANT), AND the Vigil Maldonado
DETENTION CENTER (VMDC) all in their individual
capacities are All citizens of the state of
NEW MEXICO who's address is 444 E.
HEREFORD AVE, RATON, NM 87740 at the
time of this claim

B. NATURE OF CASE

1. Plaintiff, Henry Pacheco, brings this action
pursuant to 42 USC § 1983, the Americans
with Disabilities Act (ADA), Section 504
of the Rehabilitation Act (504). The
case Arises out of an egregious abuse

of Authority by Jail administrator, Rose
Bernal and several of the Visil Maldonado
Detention Center officers. hereinafter referred
As V.M.D.C. officers whom violated his
civil rights, degraded, Harassed, Denied
medical attention on multiple occasions.
The plaintiff was also a victim of cruel
And unusual punishment imposed by V.M.D.C.
officer Sgt. Garcia who happened to be
the former girl friend and mother to one
of his children. Mr Pacheco asserts that
the above violations are not limited to
all that is mentioned and will be detailed
with supporting documentation as well as
witness statements & verify the allegations to
be true. He also maintains the the right
to Amend, change, or Adjust this claim

2.  The plaintiff As submitted multiple grievances
to the jail Administrator (Rose Bernal), Lieutenant
(Machel Thomason), Master Sargent (Regina Slade)
Grievance officer (Sgt. Dave Garcia As mentioned
in section one), And other Detention officers
only to have many not returned in the
specified time frame according to the
Grievance policy. On many occasions the

(3)

Delayed replys Are not only malicouse but
At times are belittleing and help to an
unprofessional response violating his civil
rights on more then one occasion.
occasions.

3.  Mr. pacheco asserts that on multiple
    occasions he has supplied the V.M.D.C
    with both written and verble request
    VHA - Administrator and sagent request
    forms to Fax documents to his Attorneys
    As well As treatment centers violating
    his civil rights by blocking due process
    Procedures. many of the unanswer or
    Denied request lead to the grievances
    that were answered in a manor to benifit
    the officers on duty, or one that would
    reflect the over look of grievances submitted

4.  On many occations Mr Pacheos requests
    for medical treatment went on ignored And
    Not treated As. A seriouse request even
    though He has his own insurance which
    covers both the Medical and Madal Health issues.

5.  VIGIL MALDONADO DETENTION CENTER HAS
    mone ON TO AvoID oTHER inforamte complatins
    AND GRIEvANce About How They (VMDC)

ELECTRIC SHOCKS DO TO AN EXTENSION CORD THAT WAS CUT OR BURNT IN SEVERAL Different places leaving exposed wires while standing in the small Housing Area where A leaky shower left A standing water which are still unaddressed until this day. Yet the V.M.D.C. will shut off water to flush toilets and to drink as a form of Discipline. The Health and safety procedures for the inmates are going on ignored as well as the hourly welfare checks w the inmates are not being preformed do to the lack of staff or untrained Detention Officers on Duty.

6.   V.M.D.C. has failied to repair the locks in Housing pod F and in other Areas of the Detention center even After what I believe is a $9,000,000.00 upgrade leaving the inmates at risk because the doors do not have the electronic release from control or Any fire escape plans posted in Any of the house units or visible fire Alarm switches. Present in the Housing Units.

7. The Plaintiff Also Asserts that some of the V.M.D.c staff were sharing both personal and legal information about the lives and personal issues with others outside of the Dentention center, belittleing of his character, and other malicious attacks by sgt Garcia, former girlfriend and probation officer as well as mother to his child, and by other VMDC Detention officers.

8. THE Plaintiff, Henry Pacheco, asserts that on July 11, 2019 he was arrested and transported to the Vigil Maldonado Detention center located at 444 E. Hereford Ave, Raton, NM 87740, 575-445-2691. HE is CURRENTLY BEING HELD THERE UNTIL THE OUTCOME OF HIS PENDING TRIALS. HOWEVER MR. Pacheco has been subjected to acts of Retaliation, Fell victim to the Abuse of Authority, cohersion, and many other civil Right violations by his Former girlfriend, / probation officer, / CYFD case worker, and the mother to his son ~~for~~ ~~it~~ ~~daughter~~ ~~Alexis~~ Rose. Ms. Diane Apadaca now Diane Garcia is employeed at the the Vigil Maldonado Detention center As a Sergeant and the grievance coordinator

Mr. Pacheco has been in and out of the corrections system for over 21 years and has never so much as picked up a single write up until Sept 26, 2019 where he picked up five major and three minor vilations in which not only was he not responsible for the acts which took place but he is facing undo Disiplinary Actions which may result in a lock down status. Because of this relationship and Ms Garcia not been instructed to keep her distance, Mr Pacheco has fallen victim to a lots of belittling of characters, Harrosment, and threat of priviledges to be lost. the plaintiff feels all these Acts of unfair treatment are a direct cause of the above said relationship not to mention that the evidence will speak for itself in the paper trail provided in this chim. Mr Pacheco has brought up P.R.E.A allegations against Ms Garcia only to find out the P.R.E.A officer is an in house sargent and the only P.R.E.A. number given was the direct line to master sargent Regina Slade.

<u>Law and Argument</u>

9. It is Mr Pachecos claims that on multiple occasions the U.M.D.C has violated his civil rights to due process by not allowing him to have copies of the legal paper work (NMR § 441-30) by the staff. He has entered multiple request for treatment centers as well, refer to samples A(6)(7), to only receive a number of different excuses. Other samples listed 3/7, 3/8, and 5/3.

10. The plaintiff asserts on several occasions (sample 5/3) that he and other members of his housing unit had asked for cleaning supplies over and over again with request being ignored violating <u>NM 33-3-5</u>. These actions led to the floating of the pod where the guards choice to leave it in its state of chaos even during meal times, when the odor was to much to hand. At one point Sgt Garcia had even slipped on the food, feces, and urine, which at that point she sayes "not even cool" having to go home to change.

11. The vigil naldonado is guilty at violating <u>33-3-8</u>, Rules for Punishment for a couple different reasons.

A. the rules tend to change at will, or to the needs of the guards on duty without notifing the local governing bodies of each change

12. In all the years mr Pacheco has been in and out of the V.M.D.C. he had never received any type of right ups until now that he's former Pomi officer, cyfd case worker, probation officer, girlfriend, mother to one of his children, and finally the grievance officer Sgt Garcia formerly Sgt Apodaca. He feels the treatment from Ms. Garcia is unwarranted and unfair considering that in one incident he received 5 major and 3 minor offences (see samples 7/5 - 7/13) which may result in a disipanary lock down.

13. The lack of policy, The lack of training of the Detention center officers, and the fact that the inmate hand book and policies change at any given moment to meet the needs of the staff and will demonstrate a history of Forth Amendment Federal Constitution claims against the Vigil Maldonado Detention center and, on more then one occasion became malice and discriminate against all the inmates

14. The V.M.D.C has unlawfully discriminated against Mr Pacheco on more then one occasion through sterotyping and profiling him. And "nothing but a low life" (said by Sgt Apodoca to Sheriff Russel and Dominguez). Causing him to suffer stress, anxiety, depression, and humiliation.

14. The plaintiff also alleges herein that Sgt. Garcia/Apodaca and other UMDC staff have engaged in deceptive acts with the intent to maliciously Disipline.

15. Officer Garcia, signed a misleading and other wise cruel Major offence reports (see sample 7/5-7-13) in order to obtain Disiplinary Action while all along the V.M.D.c. should have advised Ms Garcia to keep her distance.

16. The U.M.D.C. has failed to provide adequate training for its Detention center officers in regards to handleing the needs and out bursts of its inmates which results in the over worked and stressed out guards lashing back at the inmates in a very Abusive manor.

18. The Plaintiff feels the because of the actions taken on Mr Pacheco by Sgt. Garcia/Apodaca that the V.M.D.c has violated NMSS 33-3-19 Prisoners awaiting [Awaiting] trial; confinement in county jail by either transporting him to Another facility to prevent such Abuse as well prevent Any acts of Retaliation by his former girlfriend and mother to one of his children.

(11)

19. During Mr Pachecos time of incarceration at the U.M.D.C and according to NMSS 33-3-8 Rules for Punishment. His civil rights have been violated a number of times And has become subjected to disiplinary Actions because the rules and policy change at any given moment According to who is running which shift. Therefore how can he be held Accounted for what he did not know. Yes these is A kiosh present with the inmate hand book but he was not notified of it's changes until After to weeks of the VMDC Admin. Staff making such changes.

20. The plaintiff feels that the unusual and in some cases malice treatment of the VMDC And its staff was unwarrented and is Asking the courts with its help considering that the media Available to the inmates at V.M.D.C is some-what limited to A single law book that is rarely Available for use to the inmates with is violating our civil rights As well



<u>First Prayer For Relief</u>

Mr Pacheco, the Plaintiff, is asking the courts to take into considerations all the factors that the V.M.D.C has subjected him to during his time of incarceration. The acts of retaliation and remarks belittling his character by the staff pertaining to his former past history with Sgt Garcia/Apodaca. He is asking the courts to please except this case and select counsel to help him complete the law and Argument Portions of this claim leaving him the right to Amend the complaint if needed because all NM state statues are not quoted here nor any case law to help him expedite the court proceedings Furthermore the Defendant has not made any changes to the interactions between him and ~~offer~~ Sgt Garcia/Apadoca And has requested an internal affair investigation take place to examine this and all other NMSS violated quoted here.



## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Henry Pacheco prayer for relief is as follows:

1. For a award of compensatory damages in an amount to be determined by the tier factor, Jointly and severally;

2. For an award of punitive damage against Defendant in an amount to be determined by the tear of fact and professional;

3. For an award of pre-Judgment and post Judgment interest;

4. For an award of Attorney's fees and costs Pursuant to 42 U.S.C. § 1988;

5. For an award of interest from date of violations;

6. A declaration that the conduct of all Defendants in connection with the plaintiffs wrongful and unusal treatment by Sargant Garcia/Apodaca As well as other Delation officers was unconstitutional;

7. For such further relief the Court deems Just and proper.



(1)

NOTE: The plaintiff reserves the right to Supplement, Amend or Add an Addendum to this complaint after all depositions are taken whether professional counsel is obtained or not for which, to the plaintiff continues to seek.

Respectfully Submitted

HENRY PACHECO, Attorney Pro Se
444 E. HEREFORD AVE
RATON N.M 87740
(575) 445-3691 (R)
(575) 445-3692 (F)

CERTIFICATE OF MAILING

I hereby certify that I mailed a copy of this complaint to the Visil Maldonado Detention Center, 444 E. HEREFORD AVE, RATON, NM 87740

Henry Pacheco    October 7th 2019
HENRY Pacheco, Attorney Pro Se
444 E HEREFORD AVE
RATON, NM 87740
(575) 445-3691 (P)
(575) 445-3692 (F)

(2)



## Grievance Appeal Hearing

1. September 10th, 2019 I Lieutenant Mike Thomason conducted a grievance appeal hearing with Henry Pacheco. I asked Henry why he sent ten appeals at one time. He stated, "because they don't give us our paperwork when we need it". I advised him that he was refunded on his account for the one bag of expired chips he ordered from commissary and that I did not have any knowledge of the others he grieved about. This was two of the appeals he sent.

2. Henry grieved about a tooth that had been chipped do to a rock being served in his beans. I advised him that medical should be able to take care of this issue.

3. Henry grieved that he had experienced food poisoning from the outdated chips. I asked him did you see medical? He stated "yes". The grievance appeal on all grievances was filed August 28th 2019, so medical obviously handled this medical issue.

4. Henry grieved about Sergeant Romero giving information about him and his family to a female that she was socially drinking with. Henry stated, "Judith had no right telling Florence about his girlfriends' pregnancy that this is something they wanted to tell the family personally".

5. I advised Henry that I will speak the Sergeant about this issue.

6. Henry grieved about the law book and being denied access to this book and also that there are pages torn out of the book.

7. I advised Henry that we will find a new book and replace the damaged book.

8. Henry stated in one of his grievances that he was not seen by medical and mental health, I advised Henry that medical and mental health should visit inmates while they are in lockdown.

9. Henry stated the hair clippers were shocking the inmates and not working properly. I advised henry that we will provide new clippers. I also stated to him that the detention center cannot advise the district attorney of anything involving his case. This was in this grievance he sent.

10. Henry grieved a fire exit door. I advised him that we have a fire exit plan for all inmates and staff in this facility. I also advised hi he is not receiving $250,000 as he stated on this grievance.

11. Henry grieved about the staff not allowing him drinking water or flushing the toilets in his cell during the lockdown. I advised him they must give you water to drink and turn on the water to the toilet to flush, but they can also turn the water back off to prevent further flooding of the housing unit.

12. After addressing all these issues with Henry Pacheco, I asked him if he satisfied with the actions that will be taken he stated "yes".

Appeal Hearing Official Signature: _____   Date: 9-12-19

Inmate acknowledgement Signature: _____   Date: 9-12-19



## Grievance Appeal Form

Inmate Name: Henry Pachero    Date: 8·28·19    Grievance File#_____

Please State Reason for Appeal:

I want to go to the Dentist and get my tooth
fixed before it gets worst. It wasnt my fault
that the cook didnot clean the beans right and
that I had a rock in my beans. Also I want you
to talk to the D.A about reinstating my probation.

Inmate Signature: _____    Date: 8·28·19

Date Received by Grievance Officer: _____

Date sent to Grievance Coordinator: _____

Medical Len or Handled this.
We spoke about this tooth.
                              9-10-19

32



Need
copy

## Grievance Appeal Form

Inmate Name: Henry Pacheco   Date: 8-28-19   Grievance File#_____

Please State Reason for Appeal:

By using them hair clippers, and that extension cord you are putting my life in danger, because I have been electrituted by it once already, plus I'm requesting new clippers, and extension cord so it dont happen to anyone else. Talk to Dut cbout Reinstating my probation.

Inmate Signature: Hen Pacheco   Date: 8-26-19

Date Received by Grievance Officer: _____

Date sent to Grievance Coordinator: _____

There will be new Clippers.

9-10-19

33

To whom it may Concern:

I Alonzo Chavez heard Sgt Brianne Hernandez DC# 7 tell Inmate Henry Pacheco, so I heard you were sleeping with Diane Apodaca, I then heard Henry tell her yeah why, Sgt Hernandez then asked that Pacheco was she atleast good in bed. Henry slated back to her, If your so concerned about it, why dont you go ask her yourself, all the Inmate started laughing, I also heard Sgt Regina Slade DC# 3 call Henry Pacheco Mr Apodaca, then slated oh Im sorry I mean didnt mean to call you Mr Apodaca and she started laughing. Then Sgt Hernandez Sgt Slade brought us all Inmates back to F pod from outdoor Rec. End of statement

Alonzo Chavez

Aly

30



*Need copy*

### Grievance Appeal Form

Inmate Name: Henry Pacheco          Date: 8-28-19          Grievance File#_____

Please State Reason for Appeal:

So you're telling me that my life is not Important enough to you all, thats why your Sgt on shift did not come in and check on my welfare when I was put on Lockdown for something I didnt do. No sgt or medical staff or officer didnt come in for several Hours, we would Wave our towels infront of the camera, we would kick our cell doors, Scream and no one would come and check on us, this is against our Civil Rghts, I also asked the COs when they did come in If I could talk to a mental Health Provider and I was Denied, and this was on August 18, th 2019

Inmate Signature: Henry Pacheco          Date: 8-28-19

Date Received by Grievance Officer: _____

Date sent to Grievance Coordinator: _____

Has Seen Mental Health a couple weeks Ago, 9-10-19



Nerd
Cpy

## Grievance Appeal Form

Inmate Name: Henry Pacheco    Date: 8-28-19    Grievance File#_____

Please State Reason for Appeal:

I should be Entitled to have access to the Law book when I need it and I shouldn't be Denied, because by doing this you are violating my civil Rights. So next time I ask for it can I please get it. And did you buy the newest Criminal code & procedure Law book because this one you have is old and there are pages ripped out.

Inmate Signature: Hy Pales    Date: 8-28-19

Date Received by Grievance Officer: _____

Date sent to Grievance Coordinator: _____

Will Look into a new Book.    9-10-19

36

Nred
Capt

## Grievance Appeal Form

Inmate Name: Henry Pacheco          Date: 8 28 19     Grievance File#_____

Please State Reason for Appeal:

I Know why Sgt Romero wasn't placed on Adaministratic
Leave until Invistagation was conducted. Sgt Romeo
Leaked out Confidental Infomation to the public
about my personal life.

Inmate Signature: Hey Pacheco          Date: 8 28 19

Date Received by Grievance Officer: _____

Date sent to Grievance Coordinator: _____

I will Speak with the Sergeent
on this Issue.          9-10-19

37



NCW
copy

## Grievance Appeal Form

Inmate Name: Henry Pacheco    Date: 8 28 19    Grievance File#_____

Please State Reason for Appeal:

By Not having a secondary fire exit door, no fire escape plan by Entrance door, you are telling me that this material is not grievous under present policy. So in other words you are telling me my life isn't Important enough to you or this facility and if there were an electrical fire or fire at this facility my life wouldn't matter, so this is why I'm requesting $250,000 for my life being in danger.

Inmate Signature: Hay Pac_____    Date: 8.28.19

Date Received by Grievance Officer: _____

Date sent to Grievance Coordinator: _____

There is a fire Safety Process.
9-10-19

3:



Ned
Copy

## Grievance Appeal Form

Inmate Name: Henry Pacheco          Date: 8·28·19    Grievance File#_____

Please State Reason for Appeal:

How can my Grievance not be Grievous under present policy
by this facility shutting off my water for hours at a
Time. I had no drinking water for several Hours, plus
I could not flush my toilet, it stunk in our pod so bad,
and the CO's still fed us our food and made us eat
in there, this is violating our civil rights.

Inmate Signature: _Henry Pacheco_          Date: 8·28·19

Date Received by Grievance Officer: _____

Date sent to Grievance Coordinator: _____

Will discuss with Staff About drinking
Water.                                    9-10-19

3>



New
Copy

## Grievance Appeal Form

Inmate Name: __Henry Pacheco__  Date: __8-28-19__  Grievance File# __0067__

Please State Reason for Appeal:

I still haven't seen medical for food poisoning and I
turned in a medical slip on the 17th of August. I
was throwing up, and using the restroom frequently
for several days. I put in a Grievance and I still
haven't seen medical so apparently my health does not
matter to this medical staff or facility. I've been
suffering from mental Anguish, Depression, and Anxiety
because I couldn't see a medical provider or Mental Health
provider at the time. I had to suffer it out and that
aint right.

Inmate Signature: __Henry Pacheco__  Date: __82819__

Date Received by Grievance Officer: _____

Date sent to Grievance Coordinator: _____

Was Seen By Medical  9-10-19



*Need copy?*

## Grievance Appeal Form

Inmate Name: Henry Pacheco     Date: 8-28-19     Grievance File#_____

Please State Reason for Appeal:

I want to know when the Drain in Pood shower is going to be fixed so it drains properly, and no one falls and hurts themselves. If we fix this problem we want Have to wary about being electricuted when we're getting haircuts. Talk to D.A. about Reinstating my ~~fai~~ probation.

Inmate Signature: _____     Date: 8-28-19

Date Received by Grievance Officer: _____

Date sent to Grievance Coordinator: _____

We will issue New Hairclippers   9-10-19

41



need
capt

## Grievance Appeal Form

Inmate Name: _Henry Pacheco_   Date: _8-28-19_   Grievance File#_____

Please State Reason for Appeal:

By using them hair clipper, and that extension
cord you are putting my life in danger, because I
have been electrocuted by it once already, plus I'm
requesting New clippers, and extension cord so it
don't happen to anyone else. Talk to Oed about
Reinstating my probation.

Inmate Signature: _Hen Pacheco_   Date: _8-26/9_

Date Received by Grievance Officer: _____

Date sent to Grievance Coordinator: _____





Need
Cpt

## Grievance Appeal Form

Inmate Name: Henry Pahcu    Date: 8·28·K    Grievance File#_____

Please State Reason for Appeal:

I should be Entitled to have access to the
Law book when I need it and I should't be
Denied, because by doing this you are violating
My civil Rights. So next time I ask for it can
I place get it. And did you buy the newest
Criminal code & procedure Law book because this
one you have is old and there are pages
ripped out.

Inmate Signature: Hy Pahco    Date: 8 28 19

Date Received by Grievance Officer: _____

Date sent to Grievance Coordinator: _____



2/2



Need
Copy

### Grievance Appeal Form

Inmate Name: Henry Pacheco          Date: 8-28-19  Grievance File#_____

Please State Reason for Appeal:

Why cant I be Reimburst For Stale, or Expired Commissary
Items that this facility Sold me. and made me sick I
told several officers about it, I showed Christian Selazar
the expired potato chips, He said He would take care of it
but nothing happened. I was Sold Items on 8-16-19,
8-23-19, that were expired, I held the chips Infront
of the camera to show proof, so I could be like to.
be compensated, and shown a copy of Inmate Accounts
where the money was posted. Thank you

Inmate Signature: _Henry Pacheco_          Date: 8-28-19

Date Received by Grievance Officer: _____

Date sent to Grievance Coordinator: _____



# The Rock
# Christian Fellowship

Date: 8-10-19

Michael W. Naranjo, Pastor
**Adullam Project**
Rock Christian Fellowship
919 Riverside Drive
Espanola, NM 87532

Email: mikenaranjo@valornet.com
Office. (505) 753 2094 Mobile: (505) 929 1674

Fax (505) 747-3108

Re: HENRY GRANT PACHECO

Mr. PACHECO ,

Thank you for your interest in the Adullam Project. It is a fifteen-month faith-based recovery program run by the Rock Christian Fellowship. We use a faith-based Christ Centered approach to recovery. It is a working ministry, so you will be kept busy working on Church facilities and ministries. You will learn through daily structured program lessons about addiction and how to overcome it and other issues in life. You will be held responsible to adhere to program rules. You will learn to implement positive, planned, and sustained changes to your behavior. Because it is a abstinence based program, you will not be allowed to consume any form of drugs, drug substitutes, or alcohol, including cigarettes.

While in the program we will help you deal with the issues that have brought you to where you are right now. You will learn to make yourself useful and productive. The last three months of the fifteen-month program you will be allowed to pursue educational and/or employment opportunities in the Espanola area. Our goal is to give you common sense tools that will help prepare you for success in life and the life beyond.

In this packet you will find forms and required information we need to prayerfully evaluate your candidacy for acceptance to our program. Please return the signed forms along with your J&S and a letter of recommendation from a Pastor, Chaplain, Bible Club President, or prison volunteer who is familiar with your life, your hopes, and your aspirations. Please include a letter from you stating why you are choosing a Spiritual Christian Biblical approach to your recovery. We look forward to working with you in preparing you for your life's journey. If we can be of further assistance to you or you have additional questions concerning Adullam Project, please feel free to contact me. We may require more information from you before acceptance. May the Lord Jesus Christ pour out His abundant grace and peace upon you.

Thank you for considering the Adullam Project. God bless you.

In Christ's service,

Michael W. Naranjo, Pastor

*"For I know the plans I have for you," declares the Lord...*
*Jeremiah 29:11*

## Adullam Project
### Policies

The disciple is responsible for the care and stewardship of facilities, equipment, tools, resources, etc. He is accountable for losses, theft, and damage caused by negligence. The disciple agrees to reimburse the Adullam Project from any financial increase and from income received in Phase II or for any repairs or costs caused by his negligence.

# Adullam Project Agreement

I, _HENRY GRANT PACHECO_ do hereby agree to abide by the rules and policies of the Adullam Project, a 15 month Christian Discipleship program. I understand that failure to comply with Adullam Project Policies will be grounds for disciplinary action and/or dismissal.

Upon my release from jail/prison and/or acceptance, I agree to report to the Adullam Project for admittance. If at any time during my stay at the Adullam Project, I decide to leave the program, I will notify the judge, or my Parole or Probation Officer so that the Adullam Project will not lose its good standing with correctional, governmental, law enforcement, and judicial entities. If I leave the program without authorization, I give them permission to contact the appropriate authorities and agencies immediately upon my departure. I understand that Rock Christian Fellowship and Adullam Project are required to report my progress and activities to said entities and their representatives. By signing this agreement, I surrender my own will to the will of Jesus Christ under God's delegated authority in the Adullam Project for the purpose of changing my life to conform to His likeness. Furthermore, I promise to fulfill the program's purpose and obey and execute these rules and policies to the best of my ability. I understand the full aspects of this agreement and my responsibility in seeing it to completion; that failure to do so may result in disciplinary action and possibly dismissal from the program and re-incarceration.

_HENRY GRANT PACHECO_
**Disciple's Name (Print)**
**Date**

_Henry G Pacheco_ Date: _2-12-19_
**Disciple's Signature**

Date: _____
_____
**Witness Name (Print)**
**Date**

_____
**Witness Signature**

_____
**Michael W Naranjo, Pastor**

_____
**Date**


## RELEASE OF LIABILITY

I _HENRY GRANT PACHECO_ agree that while I am in residence at the Adullam Project of the Rock Christian Fellowship, I will allow the staff to guide, counsel, and direct me to alter my present lifestyle. I will not hold Rock Christian Fellowship or its staff liable should I incur injury, have an accident, become ill, or should my personal belongings be stolen or damaged. I release the Rock Christian Fellowship from any and all liability concerning my involvement, activities, and participation and association with said entity.

I have read the above waiver of liability and agree and understand that Adullam Project and the Rock Christian Fellowship will be free of all liability concerning my involvement in any of their activities and programs.

Date: _3-12-19_

Disciple Signature: _Henry G Pacheco_

Staff Signature: _____

NOTE: YOU MAY RETURN THE SIGNATURE PAGE OF THE POLICIES IN LIEU OF THE ENTIRE POLICIES.

The Rock Christian Fellowship

Fax 1-505-747-3108

Mr Naranjo,                                    8-12-2019

            I chose you're program because I am a born again Christian, but also because I've heard several good things about your Treatment Center. All my life I have succumbed to Drugs, Alcohol and I am tired of being Incarcerated. I'm 39 years old and out of 39 yrs I've been Incarcerated 17 yrs almost 18 yrs, so this is the only lifestyle I know. Today I have a beautiful fiance, that is 2½ months pregnant from me, and she has been asking me for years to Quit using, drinking and I always say I will, but never do, but today I am so ready to give my life to the Lord, stay clean, sober and live a happy and ~~free~~ drug free lifestyle. I go to Court on Wednesday August 14th at 1.00pm so I hope I am accepted to this program by then. I just want to start my life anew and stay abstinent from drugs, Alcohol.

                                        Sincerely Henry G Pacheco

Fax # 1-505-747-3108 Attention: Chris with
he Rock Christian Fellowship 303-3050
To whom it may Concern.    8-8-2019
                    My name is Henry
Grant Pacheco   and I'm requesting
an Application to go to you're
Treatment Center because I have
heard nothing but good things
about your center. I go to court
on 8-14-2019 For sentencing, and
the Judge told me if I find a
Treatment Center that would accept
me, she wouldn't sentence me to
prison. I'm so ready to change my
life, serve the Lord and start my
life anew. I got a beautiful wife
that supports me and that is
2½ months pregnant from me, and
needs me. For many years I have tried
to quit any drugs and never have
succeed, but today I am so ready
to give myself a clean slate, start my
life all over and live life a happy and
successful drug free life. Thank you for
y's    time and consideration Hay Pacheco

The Rock Christian Fellowship Center
Fax # 1-505-747-3108

Attention: Daniel,                    8-12-19
            o Pastor,

                My name is
Henry Pacheco and I was accepted
to your program a few months
ago, but I believe my Application
is no longer Valid. I would please like
for you to send me another application
so if possible I can have a spot or
bed available by August 14th, 2019. I
spoke with Jaola Arnold From blue Cross
blue shield and she also said she was
going to speak with you on my behalf.
I would Appreciate a timely response
due to my circumstances. Im so ready
to live a clean, sober life and Im
ready to serve the Lord and give my
life to him, I have a fiance that is 2½
months pregnant and that news me, so can
you please help me out in this matter.
                        Sincerly
                        Henry Pacheco





## VIGIL MALDONADO DETENTION CENTER

### Offender Request Form To The Administration

**Offender Name:** Henry Pacheco

**Housing Location:** - medical seg

**Date:** 9/17 2014

**Request:**

L-T I want to bring to your attention, that I
have been asking every saturday everyday for a
phone call to get ahold of Gary at Victory life
for an Intervent so I could get into a treatment
Center and your staff and I/O's have all denied me
this phone call, I have even brought up at 10 pm and
I'm Fuirie [illegible] so I'm trying to get into a treatment
and your staff is not helping my situation at all. # I have
everything documented to the minute, so I suggest you have a talk
with your I/O's and staff, I've also been asking for Grievances & Internal
complaints, still haven't received them. We couldn't even get the booties

**Reply to the Offender:**

9-14-19 [illegible] clean [illegible] and we asked Officer [illegible]
[redacted] [#?]
~~and never get~~ [redacted]
Review your Camiras.
You had a Phone Call in Medical.

**Approved:** _____

**Denied:** _____

**Date:** 9-18-19

**Administration Signature:** [signature]

( All other forms are void and will not be accepted )

48

8-12-19

3/7



## VIGIL MALDONADO DETENTION CENTER

### SERGEANT REQUEST FORM

| Sergeant Mayfield   DC-4 | Sergeant Romero   DC-5 | Sergeant Perry DC-6 |
|---|---|---|

Offender Name: Henry Pacheco

Housing Location: F-3                Date: 8-12-2019

Request: Sgt Apodaca I need to fax
these global Pleas to both of
My Lawyers, If yo need to
Charge me thats fine, but I need
Reply to the Offender: the Con Formation sheet, Plz & Thanks.
I also need the Original Copy
back !!

* Sergeant Requests will be approved or denied at convenience and discretion of the Sergeant(s) *

Approved: _____    Denied: ✓ _____

Date: 8-12-19

Sergeant's Signature: _____

(All other forms are void and will not be accepted)

4/9

3/8



## VIGIL MALDONADO DETENTION CENTER



### SERGEANT REQUEST FORM

| Sergeant Mayfield   DC-4 | Sergeant Romero   DC-5 | Sergeant Perry DC-6 |
|---|---|---|

Offender Name: Henry Pacheco

Housing Location: F-3                              Date: 8-12-19

Request: Sgt can you please fax this letter to a Treatment Center for me, I need a conformation that It has been sent and the orignat copy

Reply to the Offender: Its fine if you have to charge me, I give you permission. Thanks

* Sergeant Requests will be approved or denied at convenience and discretion of the Sergeant(s) *

Approved: _____          Denied: _____

Date: 8-13-2019

Sergeant's Signature: _____

(All other forms are void and will not be accepted)

50

- 873-2708 Fax   "Joy Junction"

9-5-19

To whom it may concern:

My name is Henry Pacheco and I'm currently Incarcerated at NM.DOC and I'm looking at 6 yrs in prison but if I could get myself into a Treatment Center, the Judge would consider letting me go. I've been an Alcoholic/Drug Assiec all my life. I've never been to a Treatment Center, I've always been Institutionalized since 17 years of my life. I've Incarcerated, but today I'm ready to live a clean and sober life. My fiance is 3½ months pregnant and she needs me out there, so could you please consider helping me out in this matter. I really need the help and I'm ready to live a clean sober life and I'm ready to be a Father to my children and a good husband do my Fiance, and the best role model that I can be to my loved ones, and the community. Can you please take me an application and also Thank you for your time and consideration.

Sincerely
Amy Pacheco



# VIGIL MALDONADO DETENTION CENTER

## Offender Request to the Administration

Offender Name: Henry Pacheco

Housing Location: F-3                    Date: 8-7-19

Request: I put in a sick call slip on 8-1-2019 and a Informal complaint on 8-2-2019, because medical has not seen me yet for a spider bite, I've shown the Nurse several sgt's and CO's and no one has done anything about it, so I've contacted my fiance and we have contacted our Attorney and we are taking further action. This Infection has already Gotten in my blood stream, and I'm sick as Hell, so you will be hearing from my attorney. Thank you.

Reply to the Offender:

OK, Henry

* Sergeant Requests will be approved or denied at convenience and discretion of the Sergeant(s) *

pproved: _____        Denied: _____

ate: 8/8/19

ministration Signature: Rose Bernal

(All other forms are void and will not be accepted)

53

paper saying I was never Injured or hurt
and that she would let me back into
General Population. Nurse chavez stated
to me that if I don't sign this form
she was going to keep me in medical
Segregation, for 7 days. Nurse chavez also
stated to me that she seen the video footage
and that I was Faking my Injury's. at the
time that Nurse chavez approached me
saying this officer Ryan Romero, Jeremy Lucero
were present. I would like for the court's
to subpoena all video footage a week Prior to
the Incident and Present Future. Sgt Romero
stated to Sgt Slade that she has put several
work orders to maintenance about the water
leak in F pod, cell F 5. but still to this day which
is 7-22-2019 nothing has been done, and it has
been leaking like this for 2 weeks or longer.
I was let out of medical Segregation
and back into Population on 7-18-2019.
Witnesses Henry Pacheco 7-18-19   Louis Oman 7-18-19
Signature Henry Pacheco 7-18-19   ⟨signature⟩   7-18-19

8-7,

4/1.

Date of Incident 7-15-2019  Time Approx
Nurse: Debbie chavez                    12:30 - 1:00 pm
Sgt : Briana Abeyta
officer steve Ortega drove me back
from Miners Colfax Medical Center.
Warden Rose Bernal ordered Steve Ortega
to bring me back to Vigil Maldonado
Detention Center and I never signed
out of M.C.M.C
Sgt Judith Romero never had Henry
Pacheco, Louis Duran or Marcus Martinez
fill out an accident Report. Day of
Injury Nurse chavez nor the EMT's
picked up my teeth off the Floor For
Evidence.
    Henry Pacheco and Louis Duran
observed Sgt Briana Abeyta, officer
George Armijo pick up my teeth, 2
days after the Incident, which
was on 7-17-2019.
    On 7-16-2019 Nurse Debbie chavez
at V.M.D.C wanted me to sign a

5y

9-3-19
4/2



## VIGIL MALDONADO DETENTION CENTER

### Offender Request to the Administration

Offender Name: Henry Pacheco

Housing Location: F6                    Date: 9-3-19

Request: LT Thomason can you please look into
why my Grievances are not being answered.
Also can you look into why I havent received
my 5 bed soups that I did not get on 8-23-19
Please. Also I have a severe earache and I put in
a medical slip yesterday and still havent been seen,
and last I had a Treatment Center Rep me an Application
from Deming, Ms Dukepica said it was up front, the 6 oclock
shift came in and they say its not there now, so could you
please look into that, else thank you, Senecy.

Reply to the Offender: I had Sergeant Slade look into your
Soup Situation. Medical Stated they would
see you.

* Sergent Requests will be approved or denied at convenience and discretion of the Sergent(s) *

Approved: _____    Denied: _____

Date: 9-9-19

Administration Signature: _____

(All other forms are void and will not be accepted)

Warden
Rose Bernal

**Inmate Grievance**

Mike Thomason



Need Copy

Inmate's Name: Henry Pacheco ___ File#: 3981 ___ Grievance File#: _____

Housing Unit: F ___ Cell Location: 6 ___ Date of Incident: 9-13-2019 - 9-16-2019
"3 days"

Date Received by Grievance Officer: 9-18-19

**STEP 1 - Grievance:** Include documentation and names of any witnesses to support your claim. For your grievance to be accepted, you must state the result requested. Use additional pages, if necessary: I've been Denied medical and sick cell slips from Several officers here at canivac Daylin Ludwig Oc #23, Ryan Romero Oc #12, Steve ordega. "See Informal Complaint For Further Details"

Inmate's signature: H. Pacho ___ Date: 9-17-2019

Relief Requested: I want to see mental Health, I want an Attorney phone call, I need to call my fiance, and I would like to talk to the County Commissioner Marybow Kern. I am suffering from Depression, mental Anguish and this facility doesnot care about 1 single Inmate here, to them its all a game. I will contact my Attorney.

**STEP 2 – To Be Completed by Grievance Officer:**

A. ✓ your grievance is accepted for consideration.
B. ___ your grievance is being returned to because of the following reason:
    ___ 1. The grievance in not legible.
    ___ 2. The matter has been answered in a previous grievance #: _____
    ___ 3. The grievance concerns material not grievous under present policy.
    ___ 4. The grievance is a group grievance or petition (Submit individually.)
    ___ 5. The grievance is not timely.
    ___ 6. Other Specify: _____

Grievance Officer's Signature: Sgt Apodaca ___ Date: 9-18-19



## GRIEVANCE FORM

Grievance File #: _____                                    (PG-2)

**STEP 3 – Grievance Investigation and Recommendation:**

Will look into why you were not given their sick
call slip will address with the Staff so that it is
addressed with all Staff

_____

Grievance Officer's Signature                              9-18-19
                                                          Date

**STEP 4 – Decision of Warden/Designee:   Date received by Grievance Officer:** _____

Denied ( )    Granted ( )    Dismissed ( )    Resolved ( )    Referred ( )

_____

Signature: _____                    Date: _____

Date Returned to Inmate: _____

**STEP 5 – Departmental Appeal:**    (Return grievance to Grievance Officer for processing.)

57

Warden
Rose Bernal

## Inmate Grievance

Mike Thomason

New
Copy

Inmate's Name: __Henry Pacheco__  File#: __3981__  Grievance File#: _____

Housing Unit: __F__  Cell Location: __6__  Date of Incident: __9-16-2019__

Date·Received by Grievance Officer: _____

**STEP 1 - Grievance:** Include documentation and names of any witnesses to support your claim. For your grievance to be accepted, you must state the result requested. Use additional pages, if necessary. I was walking laps around the pod, when I slipped from the water leak in Cell F-5, and I fell hard on my right side, now my hip is in severe pain. Patrick martinez was present at the time and notified the CO In master Control, who then notified Sgt Apodaca DC#4, CO sandoval, Sgt Apoka

Inmate's signature: __Hry Palero__  Date: __9-16-2019__

"Continued"

Relief Requested: To fix Leek in Cell F-5, take me to Hospital For X-reys w MRI, pay all medical bills, make an attorney Phone call, talk to District Attorney about Reinstating my Probation, be compensated for medical bills, For Injury if I cant work again talk to Mental Health Provider because I'm suffering from PTSD, Mental Anguish Depression.

**STEP 2 – To Be Completed by Grievance Officer:**

A. ✓ your grievance is accepted for consideration.

B.___ your grievance is being returned to because of the following reason:

___ 1. The grievance is not legible.

___ 2. The matter has been answered in a previous grievance #: _____

___ 3. The grievance concerns material not grievous under present policy.

___ 4. The grievance is a group grievance or petition (Submit individually.)

___ 5. The grievance is not timely.

___ 6. Other Specify: _____

Grievance Officer's Signature: __Sgt Apodaca__  Date: __9/6/19__

Continued Pg 1.    9-16-2019

DC #4 came to my assistance, then Sgt Aponte
told me to stay still while she notified nurse
Debbie Chavez, A few minutes later Nurse Chavez
came to see what had happened, I explained to
her I slipped on the water from the Leak and
that my right hip was throbbing in pain, nurse
Chavez, CO Sandoval helped me up and CO
Sandoval carried me to medical At 11:30 they
Sgt Aponte, CO Sandoval
took me and ~~Nurse~~ Debbie ~~down~~ to medical cell 1.
at Approx 12:00pm noon, Officer George Durango QCA 1
took me to the Hospital For X-rays. We arrived Approx
back at UNM.C at 12:40pm.

59



## GRIEVANCE FORM

Grievance File #: _____                                    **(PG-2)**

---

STEP 3 – Grievance Investigation and Recommendation:

the issue has been resolved in F-5 will continue to
Monitor to ensure there is no further issues. You were taken
for an Xray.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


_Ssgt Apodaca_                                          9-16-19
Grievance Officer's Signature                           Date

---

STEP 4 – Decision of Warden/Designee:   Date received by Grievance Officer: _____

Denied ( ).     Granted ( )   Dismissed ( )   Resolved ( )   Referred ( )

_____

_____

_____

Signature: _____   Date: _____

Date Returned to Inmate: _____

---

STEP 5 – Departmental Appeal:   (Return grievance to Grievance Officer for processing.)

60

8-16-2019

5/1





Nud
(copy)

## INMATE INFORMAL COMPLIANT FORM

Inmate Name: Henry Pacheco     Inmate File Number: 3981

Housing Unit: F     Housing Cell No: 6

### Description of informal complaint

I was getting a haircut tonight 8-16-2019
and as Jose Vaiqez was cutting my
hair, I got electricuted because we or I
have to hold both ends that plug in to
eachother together or else the clippers
dont stay on, and as I was holding them
I got shocked. The extension cord is Jut
in several places, wires are exposed and
plus we have standing water From the
shower in several places due to shower
drain not draining properly.

note) If your informal complaint is not resolved within (5) days you may ask for a Grievance form. Also, if
our informal complaint is against a supervisor please give your complaint to the next supervisor on shift.
is informal complaint will be placed in your inmate file.

ender Signature: _____     Date: _____

ervisor Signature: _____     Date: _____

61



# VIGIL MALDONADO DETENTION CENTER

### Offender Request to the Administration

Offender Name: _Henry Pachero_

Housing Location: _F-6_                     Date: _9-3-19_

Request: _There's a water leak over here in cell 5_
_that hasnot been fixed its getting worst_
_by the day._

Reply to the Offender:

_Will contact maintenance to get_
_this fixed_

\* Sergeant Requests will be approved or denied at convenience and discretion of the Sergeant(s) \*

Approved: ___✓___                  Denied: _____

Date: _9/5/19_

Administration Signature: _Staff Sergeant Sled_

(All other forms are void and will not be accepted)

62

G-8-1

Warden
Rose Bernal

**Inmate Grievance**

Mike Thomason

5/2

Need
(SP)

Inmate's Name: Henry Pachen  File#: 3981  Grievance File#: 0025

Housing Unit: F  Cell Location: 6  Date of Incident: 9-8-19

Date Received by Grievance Officer: 9/9/19

**STEP 1 - Grievance:** Include documentation and names of any witnesses to support your claim. For your grievance to be accepted, you must state the result requested. Use additional pages, if necessary. On 9-8-19 between the hours of 6:30am-10:30am no officers, or Sgt came to check on our welfare, every hour on the hour like they are required to.

Inmate's signature: Hen Pachen  Date: 9-8-19

Sgt Apodaca, George Armijo, Ludwigs, Alvin Lewis, Edwin machen

Relief Requested: I want all these cos on this shift put on admin retal Leave, due a full Investigation on them to as do why they haven't Checked on our welfare, because we are on lockdown, want to see a Mental Health person, I'm suffering from Depression, Insomnia, PTSD Anxiety, will like Paletion to be Completed

**STEP 2 – To Be Completed by Grievance Officer:**

A. ✓ your grievance is **accepted** for consideration.
B. ___ your grievance is being returned to because of the following reason:
   ___ 1. The grievance in not legible.
   ___ 2. The matter has been answered in a previous grievance #: _____
   ___ 3. The grievance concerns material not grievous under present policy.
   ___ 4. The grievance is a group grievance or petition (Submit individually.)
   ___ 5. The grievance is not timely.
   ___ 6. Other Specify: _____

Grievance Officer's Signature: Staff Sgt. Slade  Date: 9/12/19

63



**GRIEVANCE FORM**

Grievance File #: _00075_                                    (PG-2)

STEP 3 – Grievance Investigation and Recommendation:

This will be looked into and addressed.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Staff Sgt. Sled

Grievance Officer's Signature                        9/12/19
                                                     Date

STEP 4 – Decision of Warden/Designee:   Date received by Grievance Officer: _____

Denied ( )    Granted ( )    Dismissed ( )    Resolved ( )    Referred ( )

_____

_____

_____

Signature: _____        Date: _____

Date Returned to Inmate: _____

STEP 5 – Departmental Appeal:   (Return grievance to Grievance Officer for processing.)

*8-8-19*
*5/3*



*New copy*

## INMATE INFORMAL COMPLIANT FORM

Inmate Name: Henry Pacheco    Inmate File Number: 3981

Housing Unit: F    Housing Cell No: 3

### Description of informal complaint

I dont understand how people Inmates in Gpod
got 4 hours of Recreation and us Inmates in
General population get 1 hour a day if that.
Also all the PM Rec yards should have a toilet and
drinking Fountain and all four of these dont. Like
also I dont get Cleaning supplies to senitize
our mattress after an Inmate leaves. We
should be given a Disenfectant spray. Several
Inmates plus myself have asked Sgt's or CO's
to fax papers to A Treatment center or to our
Lawyers and they have denied us. I've also been
denied religious services and material and thats
violating our First Amendment. Also I've never
seen a CO or sgt to cell Inspections before
and after an Inmate is being moved or
released and thier is violating our civil Rights.
Also I have not received a single response
From my other Informals or Grievances. I don't
Know if thier being air loaded or thrown away,
so I will contact my attorney and further
action will be taken. Also Females do not announce themselves

(note) If your informal complaint is not resolved within (5) days you may ask for a Grievance form. Also, if
your informal complaint is against a supervisor please give your complaint to the next supervisor on shift.
This informal complaint will be placed in your inmate file.

When coming into the pod.

Offender Signature: Henry Pacheco    Date: 8-8-2019

Supervisor Signature: _____    Date: _____

65

To whom it may Concern!

5/4

I Alonzo Chavez was in T pod when I observed Angelo Garcia giving Henry Pacheco a haircut, when all of a sudden I seen Henry Pacheco jump up, then threw the Extension Cord on the floor and said I just got shocked. In order for us to get a haircut, the person getting the haircut has to hold both Ends, inorder for the Hair Clippers to work, not to mention the Extension Cord has wires exposed. one to the Extension Cord being so old, then we have standing water in our pod at all times one to the shower drain not working properly, our lives were in Danger every day that we spend in that pod. End of Statement

Henry Pacheco

66

Alonzo Chavez

Warden
Rose Bernal                    **Inmate Grievance**                Mike Thomason



Inmate's Name: **Henry Pacheco**  File#: **3981**  Grievance File#: **0069**

Housing Unit: **F**  Cell Location: **6**  Date of Incident: **8-24-19**

Date Received by Grievance Officer: _____

**STEP 1 – Grievance:** Include documentation and names of any witnesses to support your claim. For your grievance to be accepted, you must state the result requested. Use additional pages, if necessary. V.M.D.C is Violating our civil Rights by housing us in F-pod because the door leading into F-pod which is door 168 does not open Electroniclly, so that is a Fire hazard and puts our life In danger. Inmate's signature: **Henry Pacheco**  Date: **8-24-19**

Christina Salazar, Jose Hernandez, Ryan Romero, Peter Lopez, Angelo Chavez, Joe Valdez, Patrick Martinez, Alonzo Chavez

Relief Requested: FH all locks in VMDC, talk to District Attorny about Reinstating my probation, plus Im Requesting $250,000 For my life being in danger. Im suffering from mental Anger, Anxiety, Depression, and would like to seek a mental Health provide

**STEP 2 – To Be Completed by Grievance Officer:**

A. ✓ your grievance is **accepted** for consideration.
B. ___ your grievance is being returned to because of the following reason:
  ___ 1. The grievance in not legible.
  ___ 2. The matter has been answered in a previous grievance #: _____
  ___ 3. The grievance concerns material not grievous under present policy.
  ___ 4. The grievance is a group grievance or petition (Submit individually.)
  ___ 5. The grievance is not timely.
  ___ 6. Other Specify: _____
  _____

Grievance Officer's Signature: **Staff Sgt. Sloot**  Date: **8/27/19**





## GRIEVANCE FORM

Grievance File #: ___0069___                                                    (PG-2)

**STEP 3 – Grievance Investigation and Recommendation:**

This will be lookid ento for possible relocation to another pod due to your safety concerns

Staff Sgt. Slob
_____                                          __8-27-19__
Grievance Officer's Signature                                          Date

**STEP 4 – Decision of Warden/Designee:** Date received by Grievance Officer: _____

Denied ( )      Granted ( )      Dismissed ( )      Resolved ( )      Referred ( )

Signature: _____                    Date: _____

Date Returned to Inmate: _____

**STEP 5 – Departmental Appeal:**     (Return grievance to Grievance Officer for processing.)

Warden
Rose Bernal

**Inmate Grievance**

Mike Thomason



6/2

DW
*(illegible)*

Inmate's Name: Henry Pacheco  File#: 3981  Grievance File#: _____

Housing Unit: F  Cell Location: H/8 3  Date of Incident: 7-15-2019 to Present Day

Date Received by Grievance Officer: 8-2-19

**STEP 1 - Grievance:** Include documentation and names of any witnesses to support your claim. For your grievance to be accepted, you must state the result requested. Use additional pages, if necessary: No Fire Exit door, No fire Escape plans by the Entrance door, water Leak aint fixed in cell 5, the CO's have to come to F-pod and open the doors with a key, smoke Detectors dont work, Sprinklers dit work

Inmate's signature: _____  Date: 8-3-19

Relief Requested: To be released, reinstate my probation, put me on Drug Court, put the VMDC staff thru Fire training, put Fire Escape plans by door, $250,000 for my life being in danger

**STEP 2 – To Be Completed by Grievance Officer:**

A. ✓ your grievance is accepted for consideration.

B. ✓ your grievance is being returned to because of the following reason:
___ 1. The grievance in not legible.
✓ 2. The matter has been answered in a previous grievance #: _____
✓ 3. The grievance concerns material not grievous under present policy.
___ 4. The grievance is a group grievance or petition (Submit individually.)
___ 5. The grievance is not timely.
___ 6. Other Specify: _____

Grievance Officer's Signature: Sgt Apodaca  Date: 8-2-19

67

Warden
Rose Bernal

**Inmate Grievance**

Mike Thomason

*Need*
*Copy* ⁊⋀

Inmate's Name: Henry Pachac  File#: 3981  Grievance File#: 0072

Housing Unit: F  Cell Location: 6  Date of Incident: 8-18-19

Date Received by Grievance Officer: 8/27/19

**STEP 1 - Grievance:** Include documentation and names of any witnesses to support your claim. For your grievance to be accepted, you must state the result requested. Use additional pages, if necessary: On 8-18-19 Sgt Apodaca ceiled me a bad Life, and that I would never amount to anything, and She also stated that I thought I was somebody on the streets, but that I wasn't shit, and I was a boat.

Inmate's signature: Henry Pachac  Date: 8-20-19

Sheriff Dominguez, Sheriff Russell, Sgt Apodaca, Deputy from Alonzo Chavez Ingur Garue, Patrick montoya, Ernest Ramirez, Jose Valles

Relief Requested: Sgt Apodaca Reprimanded Immediatly. To be Released back on probation, to seek a mental health provider For Depression, Anxiety. mental Anguish, to be compensated #250,000 For medical expenses.

**STEP 2 – To Be Completed by Grievance Officer:**

A. ✓ your grievance is accepted for consideration.
B. ___ your grievance is being returned to because of the following reason:
  ___ 1. The grievance in not legible.
  ___ 2. The matter has been answered in a previous grievance #: _____
  ___ 3. The grievance concerns material not grievous under present policy.
  ___ 4. The grievance is a group grievance or petition (Submit individually.)
  ___ 5. The grievance is not timely.
  ___ 6. Other Specify: _____

Grievance Officer's Signature: Staff Sergeant Slade Date: 8/27/19

20                                    Bel + Los



## GRIEVANCE FORM

Grievance File #:  _0072_                                                                (PG-2)

STEP 3 – Grievance Investigation and Recommendation:

I will speak with the officers you
mentioned and the offenders you mentioned

Staff Sergeant Slade

Grievance Officer's Signature                                      9/5/19

                                                                  Date

STEP 4 – Decision of Warden/Designee:   Date received by Grievance Officer: _____

Denied ( )      Granted ( )   Dismissed ( )   Resolved ( )   Referred ( )

Signature: _____   Date: _____

Date Returned to Inmate: _____

STEP 5 – Departmental Appeal:   (Return grievance to Grievance Officer for processing.)

Warden
ose Bernal

**Inmate Grievance**

Mike Thomason



Inmate's Name: _____ File#: 39_ _____ Grievance File#: _____

Housing Unit: _____ Cell Location: _____ Date of Incident: _____

Date Received by Grievance Officer: _____

**STEP 1 - Grievance:** Include documentation and names of any witnesses to support your claim. For your grievance to be accepted, you must state the result requested. Use additional pages, if necessary:

Inmate's signature: _____ Date: _____

Relief Requested:

STEP 2 – To Be Completed by Grievance Officer:

A. ✓ your grievance is **accepted** for consideration.
B. ___ your grievance is being returned to because of the following reason:
  ___ 1. The grievance in not legible.
  ___ 2. The matter has been answered in a previous grievance #: _____
  ___ 3. The grievance concerns material not grievous under present policy.
  ___ 4. The grievance is a group grievance or petition (Submit individually.)
  ___ 5. The grievance is not timely.
  ___ 6. Other Specify: _____

Grievance Officer's Signature: _____ Date: 8-7-19

72

  

MAIl  7/3

## INMATE INFORMAL COMPLIANT FORM

Inmate Name: Henry Pacheco          Inmate File Number: 3981

Housing Unit: F                     Housing Cell No: F-3

### Description of informal complaint

I spoke with my relatives and they
tell me that they have mailed me
letters pictures and since the 15th of July
and I have not received one yet. I
know the mail goes to Albuquerque but
I should have received at least a letter
by now so can you please explain
to me why I haven't received nothing.
I have it is a federal offence to mess
with an inmates mail so if you can
send me a list of all my received mail
and also that including this months receipt
better that getting my mail and also
for eights that way I can get some
answers and Thank you for your time.

(note) If your informal complaint is not resolved within (5) days you may ask for a Grievance form. Also, if
your informal complaint is against a supervisor please give your complaint to the next supervisor on shift.
This informal complaint will be placed in your inmate file.

Offender Signature: Henry Pacheco          Date: _____

Supervisor Signature: Sgt Apodaca          Date: 7-26-18

73                                         MAIl



## INMATE INFORMAL COMPLIANT FORM

Inmate Name: _Henry_                     Inmate File Number: _2381_

Housing Unit: _F_                           Housing Cell No: _3_

### Description of informal complaint

I've been here at UMDC For a
total period of 13 days and my Family
has mailed me several letters and I
still havent received a letter yet
to I want to know what is going on
with my mail I better start getting
some mail or I will take Further
action as required.  Thank you.

(note) If your informal complaint is not resolved within (5) days you may ask for a Grievance form. Also, if
your informal complaint is against a supervisor please give your complaint to the next supervisor on shift.
This informal complaint will be placed in your inmate file.

Offender Signature: _Henry Palomo_                Date: _7-24-19_

Supervisor Signature: _Sgt Apodaca_               Date: _7-26-19_



## MAJOR OFFENENSE REPORT

Inmate name: Pacheco Henry  File # _____

Officer issuing report Sgt Garcia  Badge # 4

Offense Description:

Date of offense: 9-26-19  Time: _____ Location of the offense: A-1

Offense Code(s) violated:

MJ 10 , MJ 11, MJ 15, MJ 16, MJ 21 _____

MN 4 MN 18 MM 30 _____

## OFFENSE CODES FOR MAJOR OFFENSES

[MJ-1] Homicide / Assault / Threat(s) of assault

[MJ-2] Rioting or inciting other to riot.

[MJ-3] Sexual intercourse, sodomy, oral sex, forced masturbation of others and Masturbation of self.

[MJ-4] Escape, attempted escape, or aiding in the escape of another.

[MJ-5] Arson (setting fire or burning items)

[MJ-6] Theft / robbery (stealing an item belonging to the facility or a person, with or without the use of physical force or threatened force).

[MJ-7] Fraud or any act of forgery, false statement, or deceit that results in personal gain of any kind.

[MJ-8] Introduction or possession of contraband, including weapons and tools used for escape or to cause physical harm to another. Illegal narcotics of any kind also drug paraphernalia, alcohol or homemade alcohol. Any items that have been altered from the original form. Outside items that are not allowed in the facility. (pens hygiene, food items, clothing items, hair items that are not purchased from this facility). This is to include items from other facilities will not be permitted in this facility.

[MJ-9] Any type of sexual harassment towards other inmates or staff this is to include threats, false accusations towards staff. Verbal abuse towards other inmates or staff members working in this facility. This also includes harassing staff to speak to administration without following the request form protocol.



[MJ-10] Disobeying or failure to follow detention staff orders or request in a timely
manner. This is also applying to refusing to lock-down in the cell and having
outside law enforcement assist in possible physical force to lock-down.
(note) If law enforcement has to be called for a refusal of orders given by detention
staff this will result in an automatic (5) five days in lockdown with the additional
time given by the disciplinary process.

[MJ-11] Fighting with Detention Staff, volunteers, service providers or other offenders.

[MJ-12] Disrupting or abusing any standard operations in the facility. (example calling
control repeated times and illustrating rude behavior).

[MJ-13] Destruction, defacing, altering or misuse of property of another including the
facility property. (this means writing on the walls clothing and any surfaces)
you will also lose your pencil privileges until administration returns your
privileges. However, the detention staff will give you the opportunity to
correspond under detention supervision.

[MJ-14] Extortion, bribery, blackmail or attempting to control the behavior of other
through threats, coercion, force and intimidation.

[MJ-15] Tampering or interfering with any lock, locking device, security monitoring
device, electrical outlets, sinks, toilets, drains or any other facility hardware
or security windows. This also includes fire suppressions system (sprinkler heads).
Destruction of fire suppression sprinkler heads or video surveillance and windows
will result in an automatic (30) thirty days with no good time.

[MJ-16] Resisting or interfering with any Detention staff during an order to lockdown,
search, head-counts, housing unit disturbance or emergency. This includes not
following directives during meal pass as well, if any inmate has in their possession
an extra food tray that inmate will receive an automatic (3) days plus what
additional time received by disciplinary.

[MJ-17] Giving or offering any item(s) of value to Detention staff or volunteers.

[MJ-18] Violation(s) of any Municipal, County, State or Federal laws.

[MJ-19] Violation of any work release or facility work detail. This also applies to stealing
items from the work area. Or failing to follow directives given during work detail.

[MJ-20] Repeated Minor Rule Violations.

[MJ-21] Attempting, planning or aiding in the commitment to any Major Rule Violation(s).





[MJ-22] Any outgoing or incoming correspondence containing information that would disrupt the safety and security of the facility. This will also pertain to phone calls made to harass other inmates or facility staff, by family members. Three-way calls is a violation and will not be tolerated. This will be punishable by an automatic (3) three days in lockdown plus what additional time is given by disciplinary.

[MJ-23] Unauthorized touching of Detention staff or any other person.

[MJ-24] Being in or refusing to leave an unauthorized area:
   a. Offenders are not allowed in any area identified as an unauthorized area by detention staff.
   b. Visitation areas are restricted, unless approved by detention staff for visitation.
   c. When being escorted you will walk on the Detention staff right side at all times.

[MJ-25] Making false reports or accusations towards other offenders or staff of any kind related to PREA. (Prison Rape Elimination Act)

[MJ-26] Making false reports or accusations towards detention staff or contracted staff through the grievance process or any other correspondence.

[MJ-27] Sexual misconduct: any touching, kissing, hugging, holding hands, arms hanging over the shoulder of another person, or any other form of physical contact.

<u>Sanctions for Major Rule Violations</u>

1. (1-30 days) of disciplinary separation (lockdown).
2. Loss of privileges related to the violation for 1-60 days.
3. Classification change.
4. Forfeiture of 1-30 days of good time if granted by the Warden and the Court.
5. Restitution
6. Any combination of the above.
7. Automatic loss of visitation and commissary privileges for the week.
8. Reporting of all rule violations to the Court or Judge hearing your case.
9. Criminal charges may be placed for certain Major Violations.
   (note) All offenders will face disciplinary for their infractions even when criminal charges are given to the offender. This simply means that you will do disciplinary time and still face criminal charges through the Court.





## MINOR OFFENSE REPORT

Inmate name: Pacheco Henry      File # _____

Officer issuing report Sgt Garcia      Badge # 4 _____

Offense Description:

Date of offense: 9-26-19 ___ Time: 0815 ___ Location of the offense: A-1

Offense Code(s) violated:

MN 4    MN 16    MN 30 _____

## OFFENSE CODES FOR MINOR OFFENSES

[MN-1] Abusive or offensive language / abusive or offensive gestures / racial, ethnic, or sexual slurs / teasing or harassment toward Detention staff, another offender, or any person.

[MN-2] Lying to or arguing with Detention staff, volunteer, or service provider.

[MN-3] Horseplay, including wrestling, boxing or pranks.

[MN-4] Excessive or disruptive noise, whistling, yelling, stomping of feet and pounding Objects doors, tables and windows.

[MN-5] Throwing any items excluding recreational equipment used for the intended Purpose.

[MN-6] Loaning any personal or issued property or anything of value for profit or Increased return. (food, commissary, clothing and hygiene)

[MN-7] Passing or receiving notes or other items from other offenders.

[MN-8] Failure to cooperate with health care services provided by the Detention Center, also, failure to comply with medical intake will result in a lockdown until such medical intake can be done. (note) medical intakes are important to your well being and must be done intakes are free.

[MN-9] Gambling or possession of gambling paraphernalia, also if you have a possession of a large amount of commissary that you cannot show a receipt of purchase an investigation will be conducted. If the investigation proves you are in possession of commissary you did not purchase, the commissary will be taken and disciplinary process begins.





[MN-10] Taking an extra meal tray or refusing to return a meal tray to Detention staff.
(be advised this could fall under a Major Rule Violation)

[MN-11] Fraternizing or attempting to fraternize with an offender of the opposite gender
or detention staff, contracted staff and volunteers.

[MN-12] Refusing to work or encouraging others not to work.

[MN-13] Contact of any kind with offender(s) in disciplinary housing, this excludes those
that are housed in the same cell.

[MN-14] Failure to maintain personal hygiene or failure to keep your bed, cell, dayroom
And other housing spaces in a clean, orderly and sanitary manner.

[MN-15] Keeping or storing food (non – commissary) in the cell.

[MN-16] Failing to properly wear your uniform or be fully dressed in the dayroom.
(no exercising in the day room, that is what outdoor rec. is for).

[MN-17] Possession of unauthorized or extra clothing or linen. (blankets, mat covers,
uniforms, excessive amounts of white clothing, you are allowed three
pairs of boxers, T-shirts, and socks).

[MN-18] Failure to close your cell door or using objects to prop the door open when you
are out of your cell.

[MN-19] Attaching any items to lights, fixtures, doors, windows, vents walls or any place
in the cells, dayroom or any other common area of the facility.

[MN-20] Unauthorized use or attempted use of the mail or telephone including attempts
to call blocked numbers or unaccepted collect calls through other means.

[MN-21] Having in possession more than ten items of personal mail, any empty hygiene
containers, excessive amounts of hygiene items and trash.

[MN-22] Sitting on dayroom tables, bed mats or blankets in the dayroom and outdoor
recreation. The dayroom stairs or any other surface in the facility.

[MN-23] Tattooing or any kind of self – mutilation on any part of your body or another's
body. This is also to include piercings on any part of the body.

[MN-24] writing on or marking walls, tables, fixtures, doors, windows, ceilings, uniforms,
linens and any other surface in the facility.
(note) This could also fall under a Major Rule Offense.

[MN-39] Razors that are altered or razors that are in possession in the cell after the designated issue day is unauthorized.

[MN-40] Possession of a pencil after 4pm will result in a 24-hour lockdown, for not following the rule of pencil distribution.

[MN-41] Violating (3) Minor Offense's will result in a Major Violation Offense.

<u>Sanctions for Minor Rule Violations:</u>

1. (1-15 days) of disciplinary separation (lockdown)
2. Loss of privileges related to the violation for 1- 15 days.
3. Classification change.
4. Forfeiture of 1-15 days of good time if granted by the Warden and the Court.
5. Restitution.
6. Any combination of the above.
7. Automatic loss of visitation and commissary privileges for the week.
8. Reporting of all rule violations to the Court or Judge hearing your case.
9. Criminal charges may be placed for certain Minor Violations.
(note) All offenders will face disciplinary for their infractions even when criminal charges are given to the offender. This simply means that you will do disciplinary time and still face criminal charges through the Court.





File no: 3981                                         Offender:Pacheco, Henry
Cell no: A-1 cell one

Offense Description: On: 09/26/19  at 0811AM and A-1 One

Description of Offense:

On September 26, 2019 at approximately 0811 AM, I Sgt. Garcia, Officer Armijo,
Officer Ludwigs, Officer Sandoval entered A-1 to complete head count. I Sgt
Garcia announced female on floor and head count. Officer Armijo and Officer
Ludwigs walked through the pod to ensure that all beds were made prior to the cell
doors being opened. I Sgt. Garcia gave the clearance for A-1 cell 1 and A-1 cell
two to be opened as Pacheco, Henry and Garcia, Angelo were cleared to be
released from cells as their beds were made as instructed. Officer Armijo again
announced head count and Pacheco, Henry began stating towards Officer Armijo
that he Officer Armijo needed to shut up it was to early in the fucking early for that
shit there are only four inmates in the pod and he did not need to be yelling.
Pacheco, Henry continued to walk around the day room in A-1 pod. I Sgt. Garcia
observed A-1 cell three was opened from control. Licon, Jeremy was attempting to
get out of his cell and Officer Armijo attempted to close A-1 cell three door when
Licon Jeremy pushed the cell door in which then Officer Armijo again attempted to
close the cell door. Inmate Licon then went towards officer Armijo and pushed
him. Pacheco, Henry and  Garcia Angelo grabbed on to Licon Jeremy's cell door
and would not let it go. Pacheco, Henry and Garcia Angelo were aiding Licon by
hold his cell door open for Licon to get out of his cell.  Officer Ludwigs and
Officer Sandoval gave three directives to for inmate Pacheco and Garcia to release
the cell door for it to be closed. Pacheco and Garcia refused to quit hold cell door.
Officer Ludwigs and Officer Sandoval then went hands on with Garcia, Angelo to
remove Garcia, Angelo from the cell door. I Sgt. Garcia then radioed to Master
Sgt. Slade for more assistance into A-1 Pod. I Sgt Garcia then radioed to control to
get more assistance into A-1 at least three times. Master Sgt. Slade and Officer
Verdin arrived in A-1 to assist and Pacheco, Henry was instructed to lock down in
which he followed the directive. Garcia Angelo was also given a directive to lock

down in which he complied. At approximately 1030 Pacheco, Henry was moved into D-12 in which he has remained on lock down.

To be amended if necessary

Warden
Rose Bernal                     **Inmate Grievance**                 Mike Thomason

Need
Do Copy

Inmate's Name: Henry Pacheco  File#: 3981  Grievance File#: _____

Housing Unit: F  Cell Location: 6  Date of Incident: 8-18-19 - 8-19-19

Date Received by Grievance Officer: 8-28-19

**STEP 1 – Grievance:** Include documentation and names of any witnesses to support your claim. For your grievance to be accepted, you must state the result requested. Use additional pages, if necessary: I was without water for hours at a time, and by law, this facility can only have the water off 30 minutes at a time, one. I had no drinking water for several hours nor could I flush my toilet.

Inmate's signature: Henry Pacheco         Date: 8-20-19

Sgt Apodaca, Jeremy Lucero, Angelo Garcia, Alonzo Chavez, Derrick Martinez, Jose Valdez, Ernest Valdez

Relief Requested: I'm requesting some Ice water, To be released and Reinstated back to probation, to be compensated $250,000 for mental Anguish, Depression, Anxiety and ~~Dehidration~~ Dehydration.

=======================================================================

**STEP 2 – To Be Completed by Grievance Officer:**

A. ___ your grievance is accepted for consideration.

B. ✓ your grievance is being returned to because of the following reason:

    ___ 1. The grievance in not legible.

    ___ 2. The matter has been answered in a previous grievance #: _____

    ✓ 3. The grievance concerns material not grievous under present policy.

    ___ 4. The grievance is a group grievance or petition (Submit individually.)

    ___ 5. The grievance is not timely.

    ___ 6. Other Specify: _____

Grievance Officer's Signature: Sgt Apodaca  Date: 8-28-19



## GRIEVANCE FORM

Grievance File #: _____                    (PG-2)

STEP 3 – Grievance Investigation and Recommendation:

Will check with medical and see when sick call
was put and when they recieved the sick call

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Grievance Officer's Signature                    9-8-19
_____          _____
Grievance Officer's Signature                    Date

STEP 4 – Decision of Warden/Designee:   Date received by Grievance Officer: _____

Denied ( )   Granted ( )   Dismissed ( )   Resolved ( )   Referred ( )

_____
_____
_____

Signature: _____          Date: _____

Date Returned to Inmate: _____

STEP 5 – Departmental Appeal:   (Return grievance to Grievance Officer for processing.)



## GRIEVANCE FORM

Grievance File #: _0067_                                          (PG-2)

STEP 3 – Grievance Investigation and Recommendation:

Will check with medical to see if sick slip was turned
in and will find out why you have not been seen.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_Apodax_

Grievance Officer's Signature                              _6-28-8_  Date

STEP 4 – Decision of Warden/Designee:   Date received by Grievance Officer: _____

Denied ( )    Granted ( )   Dismissed ( )   Resolved ( )   Referred ( )

_____

_____

_____

Signature: _____          Date: _____

Date Returned to Inmate: _____

STEP 5 – Departmental Appeal:   (Return grievance to Grievance Officer for processing.)

Warden
Rose Bernal

**Inmate Grievance**

Mike Thomason

To do
Appeal
WMD

Need
Copy

Inmate's Name: Henry Pacheco File#: 3981    Grievance File#: _____

Housing Unit: F    Cell Location: 3    Date of Incident: 8-13-2019

Date Received by Grievance Officer: 8/17/19

**STEP 1 - Grievance:** Include documentation and names of any witnesses to support your claim. For your grievance to be accepted, you must state the result requested. Use additional pages, if necessary: On 8-13-2019 I bit into my beans that were served for dinner, and when I bit down I bit into a rock and chipped my tooth. I called the office I'm here and Jeremy Lucero came in and grabbed the

Inmate's signature: _____ Date: _____

rock threw it and took my tray to the kitchen, and ~~brought me back another one.~~

Relief Requested:

I want the beans to be cleaned right, and I want to go to the Dentist and get my tooth fixed. Reinstate my probation, pay all medical bills of $75.00, Pain, mental anguish, stress, Low self esteem.

**STEP 2 - To Be Completed by Grievance Officer:**

A. ___ your grievance is accepted for consideration.

B. ✓ your grievance is being returned to because of the following reason:
   ___ 1. The grievance in not legible.
   ___ 2. The matter has been answered in a previous grievance #: _____
   ___ 3. The grievance concerns material not grievous under present policy.
   ___ 4. The grievance is a group grievance or petition (Submit individually.)
   ___ 5. The grievance is not timely.
   ✓ 6. Other Specify: The food issues have been addressed in previous grievances

Grievance Officer's Signature: ✗ Cpodacz    Date: 8/17/19

witnesses
Jeremy Lucero, Jeremy olican, Patricia Martinez,
Angela Garcia, Ernest Valdez, Jose Valdez Alonza

## GRIEVANCE FORM

Grievance File #: _0070_                                                 (PG-2)

STEP 3 – Grievance Investigation and Recommendation:

_This will be investigated for promptly_

_Staff Sgt. Slade_
Grievance Officer's Signature                                        _8/27/19_
                                                                          Date

STEP 4 – Decision of Warden/Designee; Date received by Grievance Officer: _____

Denied ( )    Granted ( )    Dismissed ( )    Resolved ( )    Referred ( )

Signature: _____ Date: _____

Date Returned to Inmate: _____

STEP 5 – Departmental Appeal:    (Return grievance to Grievance Officer for processing.)



## GRIEVANCE FORM

Grievance File #: _00 26_ (PG-2)

STEP 3 – Grievance Investigation and Recommendation:

This will be looked into and addressed

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Staff Sgt. Stod                           9/12/19
Grievance Officer's Signature             Date

STEP 4 – Decision of Warden/Designee:   Date received by Grievance Officer: _____

Denied ( )   Granted ( )   Dismissed ( )   Resolved ( )   Referred ( )

_____
_____
_____

Signature: _____   Date: _____

Date Returned to Inmate: _____

STEP 5 – Departmental Appeal:   (Return grievance to Grievance Officer for processing.)

Warden
Rose Bernal

**Inmate Grievance**

Mike Thomason

*Ali
Never seen
Medical
8-23-19*

*Note
a-8-19
Still
Havent
seen
medical*

*Need
Copy*

Inmate's Name: Henry Pacheco   File#: 3981   Grievance File#: 0007

Housing Unit: F   Cell Location: 6   Date of Incident: 8-17-19

Date Received by Grievance Officer: 8-25-19

**STEP 1 - Grievance:** Include documentation and names of any witnesses to support your claim. For your grievance to be accepted, you must state the result requested. Use additional pages, if necessary: I turned in a sick call slip on 8-17-19 For Food poisoning, plus No medical Providers checked on me when was ~~let out~~ on lock down For 2 days.

Inmate's signature: Hg Pacheco   Date: 8-20-19

394 Apodaca, Jerome Licon, Alonzo chavez, Patrick Martinez, Jose Valdez, est Valdez, Angelo Garcia, Debbie Chavez

Relief Requested: Reprimand the Nurse Immediately, be compensated a $250,000 For mental ~~Anguish~~ Anguish, Depression, Anxiety and Reinstated back to probation Immediately

**STEP 2 – To Be Completed by Grievance Officer:**

A. ✓ your grievance is accepted for consideration.

B. ___ your grievance is being returned to because of the following reason:
   ___ 1. The grievance in not legible.
   ___ 2. The matter has been answered in a previous grievance #: _____
   ___ 3. The grievance concerns material not grievous under present policy.
   ___ 4. The grievance is a group grievance or petition (Submit individually.)
   ___ 5. The grievance is not timely.
   ___ 6. Other Specify: _____

Grievance Officer's Signature: Apodaca   Date: 8-28-9



## GRIEVANCE FORM

(PG-2)

Grievance File # _____

STEP 3 – Grievance Investigation and Recommendation:

Will address issue with officer and A will be taken

Care 2.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Grievance Officer's Signature _____    Date  8-27-13

STEP 4 – Decision of Warden/Designee:   Date received by Grievance Officer: _____

Denied ( )   Granted ( )   Dismissed ( )   Resolved ( )   Referred ( )

_____

_____

_____

Signature: _____     Date: _____

Date Returned to Inmate: _____

STEP 5 – Departmental Appeal:   (Return grievance to Grievance Officer for processing.)



## GRIEVANCE FORM

Grievance File #: _____                                    (PG-2)

**STEP 3 – Grievance Investigation and Recommendation:**

Reason Will Address with Staff regarding
this Issue to ensure you have an eating utensel

_____

Grievance Officer's Signature                                    9-18-19
                                                                 Date

**STEP 4 – Decision of Warden/Designee:   Date received by Grievance Officer:**

Denied ( )     Granted ( )     Dismissed ( )     Resolved ( )     Referred ( )

_____

Signature:

Warden
Rose Bernal

**Inmate Grievance**

Inmate's Name: _Henry Pacheco_   File#: _5981_   Grievance F

Housing Unit: _Medical_   Cell Location: _1_   Date of Incident: _

Date Received by Grievance Officer: _9-18-19_

**STEP 1 - Grievance:** Include documentation and names of any witnesses to claim. For your grievance to be accepted, you must state the result requested. Use pages, if necessary: On 9/17/19 I asked officer George Army Dayhia Ludwig DC#23 for a spoon all day so I could Dinner trays, they both told me ok 3rd shift for one, I did-

Inmate's Signature: _Henry Pacheco George Armijo & shift one one Review_   Date: _9-17-2019_

_Dayhin Ludwig DC #.23  George Armijo DC#17_

Relief Requested: _I want to talk to file #7 about their and the County Commissioner Mary Lou Kern if pod 311 have call her at the old County Court House, I would like to talk Health Provider, and I would like to be moved to D-pod, _
_with your cot to communicate a little better or a little_

**STEP 2 – To Be Completed by Grievance Officer:**

✓ your grievance is accepted for consideration.
___ your grievance is being returned to because of the following reason:
___ 1. The grievance in not legible.
___ 2. The matter has been answered in a previous grievance #: _____
___ 3. The grievance concerns material not grievous under present policy.
___ 4. The grievance is a group grievance or petition (Submit individually.)
___ 5. The grievance is not timely.
___ 6. Other Specify: _____

Grievance Officer's Signature: _Sgt Apodaca_   Date: _9-18-19_

-15-2019

8-16

Need copy



## INMATE INFORMAL COMPLIANT FORM

Inmate Name: _Henry Pachero_   Inmate File Number: _3981_

Housing Unit: _E1_   Housing Cell No: _6_

### Description of informal complaint

The Commissary I received today on 8-15-2019, the chips were out dated some were marked July 30, 2019, and others were marked August 3, 2019. I would like to be reimburst plus I will contact my attorney and will then file charges for selling us outdated commissary items. The expiration date on some of these commissary items date back to July and were August 16 today. I held the commissary items infront of the camera, to show proof of the date and so that its all recorded on film.

(Note) If your informal complaint is not resolved within (5) days you may ask for a Grievance form. Also, if your informal complaint is against a supervisor please give your complaint to the next supervisor on shift. This informal complaint will be placed in your inmate file.

Inmate Signature: _____   Date: _____

Supervisor Signature: _____   Date: _____

Warden                    **Inmate Grievance**                    Mike Thomason
Rose Bernal



*Need Copy*

Inmate's Name: _Henry Pacheco_     File#: _3981_     Grievance File#: _____

Housing Unit: _F_     Cell Location: _6_     Date of Incident: _8-16-19_

Date Received by Grievance Officer: _____

**STEP 1 - Grievance:** Include documentation and names of any witnesses to support your claim. For your grievance to be accepted, you must state the result requested. Use additional pages, if necessary. _The commissary Items I recieved today on_ commissary _are expired. There dated July 30th, August 7, 2019 and today August 16th, 2019. I woke up very sick today 8-17-2019._

Inmate's signature: _Hn Pache_     Date: _8-16-2019_

20 Oliver, Jeremy Lucon, Patrick Martinez, Ernest Valdez, Angelo Garcia, Jose Valdez, Jade DC

**Relief Requested:** _Check all Expiration dates on Commissary Items before selling them to us Inmates. See Medical For Food poisoning, Reinstate Probation, need to speak to Mental Health Provider and asking for $250,000 For all medical expenses plus I'm suffering from PTSD, depression, mental Anguish, Anxiety_

**STEP 2 – To Be Completed by Grievance Officer:**

A. ___ your grievance is accepted for consideration.
B. ___ your grievance is being returned to because of the following reason:
    ___ 1. The grievance in not legible.
    ___ 2. The matter has been answered in a previous grievance #: _____
    ___ 3. The grievance concerns material not grievous under present policy.
    ___ 4. The grievance is a group grievance or petition (Submit individually.)
    ___ 5. The grievance is not timely.
    ___ 6. Other Specify: _____

Grievance Officer's Signature: _____     Date: _____

Warden
Rose Bernal·                          **Inmate Grievance**                    **Mike Thomason**

*Need Copy*

Inmate's Name: Henry Pacheco ___ File#: 3981 ___ Grievance File#: ___

Housing Unit: ___ F ___ Cell Location: ___ 3 ___ Date of Incident: 8-15-2019

Date·Received by Grievance Officer: 8-17-19

**STEP 1 – Grievance:** Include documentation and names of any witnesses to support your
claim. For your grievance to be accepted, you must state the result requested. Use additional
pages, if necessary. My phone numbers have been Restricted by
this Facility. Stephanie Tepic, Karen Doren, placida Cruz

Inmate's signature: Henry Pacheco ___ Date: 8-15-2019

Relief Requested: Unblock my phone numbers, because I
cant contact my loved ones, so I'm suffering from
Depression, mental Anguish, stress, I need to talk
do a mental Health Provider, Reinstate my Probation

**STEP 2 – To Be Completed by Grievance Officer:**

A. ✓ your grievance is accepted for consideration.
B. ___ your grievance is being returned to because of the following reason:
___ 1. The grievance in not legible.
___ 2. The matter has been answered in a previous grievance #: ___
___ 3. The grievance concerns material not grievous under present policy.
___ 4. The grievance is a group grievance or petition (Submit individually.)
___ 5. The grievance is not timely.
___ 6. Other Specify: ___

Grievance Officer's Signature: ___ Opdas ___ Date: 8-17-19

Warden
Rose Bernal

**Inmate Grievance**

Mike Thomason



Inmate's Name: Henry Pacheco   File#: _____   Grievance File#: _____

Housing Unit: F-6   Cell Location: F 6   Date of Incident: 9-3-19

Date Received by Grievance Officer: 9-8-19

**STEP 1 - Grievance:** Include documentation and names of any witnesses to support your claim. For your grievance to be accepted, you must state the result requested. Use additional pages, if necessary. I put in a sick call slip because I have a severe ~~headache~~ earache and I can't take the pain no more.

Inmate's signature: Hery Pacheco   Date: 9-3 19

Relief Requested: See medical ASAP. Talk to D.A. that Reinstating my probation get me released.

**STEP 2 - To Be Completed by Grievance Officer:**

A. __✓__ your grievance is accepted for consideration.
B. ___ your grievance is being returned to because of the following reason:
    __ 1. The grievance in not legible.
    __ 2. The matter has been answered in a previous grievance #: _____
    __ 3. The grievance concerns material not grievous under present policy.
    __ 4. The grievance is a group grievance or petition (Submit individually.)
    __ 5. The grievance is not timely.
    __ 6. Other Specify: _____

Grievance Officer's Signature: Sgt Apodaca   Date: 9-8-19

Warden
Rose Bernal

**Inmate Grievance**

Mike Thomason



Inmate's Name: _Henry Pacheco_  File#: _3981_  Grievance File#: _____

Housing Unit: _F_  Cell Location: _3_  Date of Incident: _8-16-2019_

Date Received by Grievance Officer: _8-17-19_

**STEP 1 – Grievance:** Include documentation and names of any witnesses to support your claim. For your grievance to be accepted, you must state the result requested. Use additional pages, if necessary: _Im suppose to get out of my cell at 8:00am like all the other Inmates, but due to the locks being messed up, I dont get out till 8:30 am or 9:00am. My life is in jeopardy everyday._

Inmate's signature: _Hery Pacheco_  Date: _8-16-2019_

Relief Requested: _fix all locks in F pod and through out UMOC. Reinstate Probation, for my life being in jeopardy everyday. Im requesting $250,000 for Mental Anguish, Stress, Depression, Anxiety fost PTSD, Insomnia._

**STEP 2 – To Be Completed by Grievance Officer:**

A. _✓_ your grievance is accepted for consideration.
B. ___ your grievance is being returned to because of the following reason:
___ 1. The grievance in not legible.
___ 2. The matter has been answered in a previous grievance #: _____
___ 3. The grievance concerns material not grievous under present policy.
___ 4. The grievance is a group grievance or petition (Submit individually.)
___ 5. The grievance is not timely.
___ 6. Other Specify: _____

Grievance Officer's Signature: _Sgt apodaca_  Date: _8-17-19_



## GRIEVANCE FORM

Grievance File #: _0065_  (PG-2)

**STEP 3 – Grievance Investigation and Recommendation:**

Spoke with medical and they have placed your name on the
list for mental health. Please advise if you have or have not
been seen by mental health

_J.A. Apodaca_ _____

Grievance Officer's Signature

_8-26-19_

Date

**STEP 4 – Decision of Warden/Designee:** Date received by Grievance Officer: _____

Denied ( )    Granted ( )    Dismissed ( )    Resolved ( )    Referred ( )

Signature: _____    Date: _____

Date Returned to Inmate: _____

**STEP 5 – Departmental Appeal:**    (Return grievance to Grievance Officer for processing.)

Warden
Rose Bernal

**Inmate Grievance**

Mike Thomason

*New Copy*

Inmate's Name: _Henry Pacheco_  File#: _3981_  Grievance File#: _0065_

Housing Unit: _F_  Cell Location: _6_  Date of Incident: _8-18-19_

Date Received by Grievance Officer: _8-25-19_

**STEP 1 - Grievance:** Include documentation and names of any witnesses to support your claim. For your grievance to be accepted, you must state the result requested. Use additional pages, if necessary. On 8-18-19 I asked Warden Bernal if I could see mental Health Immediately and she said I would be seeing someone _____ son, its two days later and I'm still writing. I'm in a state of depression _____ nxiety. I was told there was no Immediate help that it was done by _____ visitor.

Inmate's signature: _Hry Pacheo_  Date: _8-20-19_

_Jeremy Lujon, Rose Bernal, Diane Apodaca, Angela Garcia, Jose Valdez, rick martinez, Ernest valdez, Alonzo chavez_

Relief Requested: _To seek a mental ~~Hett~~ Health Provider, to be compensated for the mental Anguish I am suffering at this time. To have my probation Reinstated, Released Immediately_

**STEP 2 – To Be Completed by Grievance Officer:**

A. ✓ your grievance is accepted for consideration.
B.___ your grievance is being returned to because of the following reason:
___ 1. The grievance in not legible.
___ 2. The matter has been answered in a previous grievance #: _____
___ 3. The grievance concerns material not grievous under present policy.
___ 4. The grievance is a group grievance or petition (Submit individually.)
___ 5. The grievance is not timely.
___ 6. Other Specify: _____

Grievance Officer's Signature: _8d Apodaca_  Date: _8-26-19_

Warden
Rose Bernal

**Inmate Grievance**

Mike Thomason

*Need*
*-8.23*

*Need*
*Copy*

Inmate's Name: __Henry Pacheco__ File #: __3981__   Grievance File#: _____

Housing Unit: __F__   Cell Location: __6__   Date of Incident: __8-23-19__

Date Received by Grievance Officer: __8-26-19__

**STEP 1 - Grievance:** Include documentation and names of any witnesses to support your claim. For your grievance to be accepted, you must state the result requested. Use additional pages, if necessary. I asked Jeremy Lucero to tell the Sgt on shift, that I want to talk to a mental Health Provider and I still haven't seen one, I even told Steve Ortega the Co, that is in master Control and nothing hasn't been done about it    8-23-19

Inmate's signature: __Henry Pacheco__   Date: __8-23-19__

Jeremy Lucero, Angela Garcia, Patrick Martinez, Jeremy Lucero, Jose Valdez, Alonzo Chavez, Steve Ortega

Relief Requested: I want to see a mental Health Provider ASAP. I want to be compensated for mental Anguish, Anxiety, Depression, stress, and I want those to facility under Investigation. I'm requesting $250,000 For my life being in Danger, and For not killing my.  **STEP 2 - To Be Completed by Grievance Officer:**

A. ___ your grievance is accepted for consideration.

B. _✓_ your grievance is being returned to because of the following reason:
___ 1. The grievance in not legible.
_✓_ 2. The matter has been answered in a previous grievance #: _____
___ 3. The grievance concerns material not grievous under present policy.
___ 4. The grievance is a group grievance or petition (Submit individually.)
___ 5. The grievance is not timely.
___ 6. Other Specify: _____

Grievance Officer's Signature: __Sgt Cordova__   Date: __8-26-19__

9-7-19

Warden
Rose Bernal

**Inmate Grievance**

Mike Thomason



Need
copy

Inmate's Name: _Henry Pacheco_  File#: _3981_  Grievance File#: _0076_

Housing Unit: _F_  Cell Location: _6_  Date of Incident: _9-7-19_

Date Received by Grievance Officer: _____

**STEP 1 - Grievance:** Include documentation and names of any witnesses to support your claim. For your grievance to be accepted, you must state the result requested. Use additional pages, if necessary: On 9-7-19 at Approx 6:30pm Sgt Judith Reinna, DC officer Jersey Rosson DC#83, Ryan Romero DC#13 entered F-pod and as they entered Sgt Romero did not announce female on the floor

Inmate's signature: _Hg Pacho_  Date: _9-7-19_

Patrick menhine, Alzeza Chavez, Tommy Lyon, Angela Garcia, Jersey Rosson DC Ryan Romero DC#13

Relief Requested: I want Judith on administrative leave, conduct a full Investigation on her, and see why she is retaliating on me, I want to see a mental Health Provider, because I am suffering from Anxiety Depression, Insomnia and like for you to talk to D.A about Remolding my Probation Thank you

**STEP 2 - To Be Completed by Grievance Officer:**

A. _✓_ your grievance is accepted for consideration.
B. ___ your grievance is being returned to because of the following reason:
    __ 1. The grievance in not legible.
    __ 2. The matter has been answered in a previous grievance #: _____
    __ 3. The grievance concerns material not grievous under present policy.
    __ 4. The grievance is a group grievance or petition (Submit individually.)
    __ 5. The grievance is not timely.
    __ 6. Other Specify: _____

Grievance Officer's Signature: _Staff Sgt. Slodr_  Date: _9/12/19_

Warden
Rose Bernal

**Inmate Grievance**

Mike Thomason



Inmate's Name: _Henry Pacheco_  File#: _3981_  Grievance File#: _____

Housing Unit: _F_  Cell Location: _3_  Date of Incident: _8-15-2019_

Date Received by Grievance Officer: _8-17-19_

**STEP 1 - Grievance:** Include documentation and names of any witnesses to support your claim. For your grievance to be accepted, you must state the result requested. Use additional pages, if necessary: For dinner tonight the Cook served us Rice, turkey and all of us Inmates refused the trays, because the food was burnt. Acting Sgt Ryan Romero, took trays back and tasted the food himself and he said it was burnt, but so did

Inmate's signature: _Hey Pacheco_  Date: _8-15-2019_

the Cook @ Patrick Martinez, Jeremy Lucas, Jose Valdez, Angelo Garcia, Ernest Valdez
Alonzo Chavez, Christian Salazar, Jeremy Willis

Relief Requested: Bigger Portions, tell the Cook to pay better attention while cooking, change the menu and give us a better, bigger brunch/ got we go to bed hungry every night, also Reinstate Probation

**STEP 2 – To Be Completed by Grievance Officer:**

A. ___ your grievance is accepted for consideration.

B. _✓_ your grievance is being returned to because of the following reason:

___ 1. The grievance in not legible.

___ 2. The matter has been answered in a previous grievance #: _____

___ 3. The grievance concerns material not grievous under present policy.

___ 4. The grievance is a group grievance or petition (Submit individually.)

_✓_ 5. The grievance is not timely.

_✓_ 6. Other Specify: You were given something different to Substitute the burnt portion of the meal

Grievance Officer's Signature: _Sgt Cordova_  Date: _8-17-19_

Warden

Rose Bernal

**Inmate Grievance**

Mike Thomason



pref ( Need Copy )

Inmate's Name: Henry Pacheco    File#: 3981    Grievance File#: 0069

Housing Unit: F    Cell Location: 6    Date of Incident: 8·25·19

Date Received by Grievance Officer: _____

**STEP 1 - Grievance:** Include documentation and names of any witnesses to support your claim. For your grievance to be accepted, you must state the result requested. Use additional pages, if necessary: At Approx 8:35 am Sgt Apodaca, Christian Salcedo C9 walked Into F-pod to be is preach and Sgt Apodaca did not Announce female on the floor, I had just got out of the shower was still in my boxers and the I was by the door. Not caring.

Inmate's signature: Henry Pacheco    Date: 8-25-19

Alonzo Chavez, Angelo Gabrela, Just cantez, Patrick martinez, Christian Salcedo
Sgt Apodaca

Relief Requested: I want Sgt Apodaca reprimanded, put on administration Leave, until an Investigation is conducted. I wont do talk to a mental Health Provider because I am suffering from mental Anguish, Depression, Anxiety and Fear for my life. I'm Requesting to be Reinstated back on Probation. 250,000 for medical Expense, when I get out.

**STEP 2 – To Be Completed by Grievance Officer:**

A. ✓ your grievance is accepted for consideration.

B. ___ your grievance is being returned to because of the following reason:

___ 1. The grievance in not legible.

___ 2. The matter has been answered in a previous grievance #: _____

___ 3. The grievance concerns material not grievous under present policy.

___ 4. The grievance is a group grievance or petition (Submit individually.)

___ 5. The grievance is not timely.

___ 6. Other Specify: _____

Grievance Officer's Signature: Staff Sgt. Slade    Date: 8/27/19.

Warden
Rose Bernal

**Inmate Grievance**

Mike Thomason



Inmate's Name: Patrick Martin     File#: _____     Grievance File#: _____

Housing Unit: F     Cell Location: 4     Date of Incident: 8-27-19

Date Received by Grievance Officer: 8-27-19

**STEP 1 – Grievance:** Include documentation and names of any witnesses to support your claim. For your grievance to be accepted, you must state the result requested. Use additional pages, if necessary. Officer Luguan dropped my medication a the Floor In Front of my cell and tried handing it back + pes to consume it, I refused it, he did not have gloves on the Floor it was Clean

Inmate's signature: Clean Patrick Martin     Date: 8-27-19

Relief Requested: That officer Luguan be held accountable For his actions, be on administration Leave For Further Investigation, Reinstate Probation.

**STEP 2 – To Be Completed by Grievance Officer:**

A. ✓ your grievance is accepted for consideration.

B.___ your grievance is being returned to because of the following reason:
__ 1. The grievance in not legible.
__ 2. The matter has been answered in a previous grievance #: _____
__ 3. The grievance concerns material not grievous under present policy.
__ 4. The grievance is a group grievance or petition (Submit individually.)
__ 5. The grievance is not timely.
__ 6. Other Specify: _____

Grievance Officer's Signature: Sgt Apodaca     Date: 8-27-19

Warden
Rose Bernal

Inmate Grievance

Mike Thomason



Inmate's Name: _Henry Bacheco_   File#: _3981_   Grievance File#: _____

Housing Unit: _F_   Cell Location: _6_   Date of Incident: _9-3-19_

Date Received by Grievance Officer: _9-8-19_

**STEP 1 - Grievance:** Include documentation and names of any witnesses to support your claim. For your grievance to be accepted, you must state the result requested. Use additional pages, if necessary. I spoke directly to LT. Thomason about this facility selling us expired, postate chips, commissary items and he insure state that it is a grievous policy and that I should be reimburst + all the items that were sold to me, which I shoud the above (I'm sure serve now.

Inmate's signature: _Hay Pacheco_   Date: _9-3-19_

LT. Thomason Patrick Pacheco Noroh Garcia Alonzo Chavez Jacoulston

Relief Requested: To be Reimburst for all the Items that was sold to me — and expired. Tain to District Eitorry about Reinstating my Probation.

---

**STEP 2 – To Be Completed by Grievance Officer:**

A. ___ your grievance is accepted for consideration.
B. _✓_ your grievance is being returned to because of the following reason:

   ___ 1. The grievance in not legible.
   ___ 2. The matter has been answered in a previous grievance #: _____
   ___ 3. The grievance concerns material not grievous under present policy.
   ___ 4. The grievance is a group grievance or petition (Submit individually.)
   ___ 5. The grievance is not timely.
   _✓_ 6. Other Specify: Per policy and inmate hand book this is not a grievable. matter It States when abuse harassment, violation of civil rights, or denial of specified privileses is occuring you may grievance at any time without fear of harassment disipling

Grievance Officer's Signature: _Sgt Apodaca_   Date: _9-8-19_

Punishment or retaliction from detention center staff.

Warden
Rose Bernal

**Inmate Grievance**

Did Bergon
Need
Copy

Mike Thomason

Inmate's Name: _Henry Pacheco_   File#: _3981_   Grievance File#: _____

Housing Unit: _F_   Cell Location: _6_   Date of Incident: _8-18-19_

Date Received by Grievance Officer: _8-25-19_

**STEP 1 – Grievance:** Include documentation and names of any witnesses to support your claim. For your grievance to be accepted, you must state the result requested. Use additional pages, if necessary: _The C.O.s Violated my Civil Rights by not doing these walk thrus and checking on my welfare. There were times the Unit came in For several hours._

Inmate's signature: _Henry Pacheco_   Date: _8-20-19_

_Sgt. Apodaca, Jeremy Anson, Ernest Valdez, Angelo Garcia, Jose Valdez, who chaves: Patrick Martinez._

Relief Requested: _The Sgt on shift to be Reprimanded Immediately; To be Released Immediately back on Probation; to be compensated For mental Anguish; Depression, Anxiety..plus $250,000_

**STEP 2 – To Be Completed by Grievance Officer:**

A. ___ your grievance is accepted for consideration.

B. ✓ your grievance is being returned to because of the following reason:

___ 1. The grievance in not legible.

___ 2. The matter has been answered in a previous grievance #: _____

___ 3. The grievance concerns material not grievous under present policy.

___ 4. The grievance is a group grievance or petition (Submit individually.)

___ 5. The grievance is not timely.

___ 6. Other Specify: _____

Grievance Officer's Signature: _Sgt Apodaca_   Date: _8-25-19_

Warden
Rose Bernal

**Inmate Grievance**

Mike Thomason



Noted
Page

Inmate's Name: H___y P___  File#: ___  Grievance File#: _____

Housing Unit: _____ Cell Location: _____ Date of Incident: _____

Date·Received by Grievance Officer: **9/5/19**

**STEP 1 - Grievance:** Include documentation and names of any witnesses to support your claim. For your grievance to be accepted, you must state the result requested. Use additional pages, if necessary: _____

Inmate's signature: _____ Date: _____

**Relief Requested:** _____

, all expired Items off the shelves, I want
Appeal Forms, talk to District Attorney about protecting my position
and I want to tell off Mr. Trustee at I.P.A. trick us

**STEP 2 – To Be Completed by Grievance Officer:**

A. ✓ your grievance is accepted for consideration.
B. ___ your grievance is being returned to because of the following reason:
     ___ 1. The grievance in not legible.
     ___ 2. The matter has been answered in a previous grievance #: _____
     ___ 3. The grievance concerns material not grievous under present policy.
     ___ 4. The grievance is a group grievance or petition (Submit individually.)
     ___ 5. The grievance is not timely.
     ___ 6. Other Specify: _____

Grievance Officer's Signature: Staff Sergeant Slade  Date: **9/5/19**



Need
Copy

## Grievance Appeal Form

Inmate Name: __Henry Pacheco__   Date: __8-28-19__   Grievance File#_____

Please State Reason for Appeal:

Why cant I be Reimburst For Stale, or Expired Commisery Items that this facility Sold me and made me sick. I told several officers about it, I showed Christian Selezer the expired potato chips, He said He would take care of it but nothing happened. I was Sold Items on 8/6-19, 8-23-19, that were expired, I held the chips Infront of the camera to show proof. So I would like to be compensated, and shown a copy of Inmate Account where the money was posted. Thank you

Inmate Signature: __Henry Pacheco__   Date: __8-28-19__

Date Received by Grievance Officer: _____

Date sent to Grievance Coordinator: _____

We Paid Back for one bag of chips.

9-10-79

Warden
Rose Bernal

**Inmate Grievance**

Mike Thomason

Inmate's Name: Alonzo Chavez   File#: 9791   Grievance File#: 0070

Housing Unit: F   Cell Location: 1   Date of Incident: 8-25-19

Date Received by Grievance Officer: _____

**STEP 1 - Grievance:** Include documentation and names of any witnesses to support your claim. For your grievance to be accepted, you must state the result requested. Use additional pages, if necessary. at 8:25 am ms apadaca came into Pod not announcing female on floor and She asked to stand if count and I was Still in my boxers sleeping

Inmate's signature: alonzo chavez   Date: 8-25-19

Relief Requested: To be removed to J4 single inmate and to be administration leave until further Investigat

**STEP 2 – To Be Completed by Grievance Officer:**

A. ✓ your grievance is accepted for consideration.
B.___ your grievance is being returned to because of the following reason:
___ 1. The grievance in not legible.
___ 2. The matter has been answered in a previous grievance #: _____
___ 3. The grievance concerns material not grievous under present policy.
___ 4. The grievance is a group grievance or petition (Submit individually.)
___ 5. The grievance is not timely.
___ 6. Other Specify: _____

Grievance Officer's Signature: Staff Sgt. Sbdo   Date: 8/27/19

Warden
Rose Bernal

**Inmate Grievance**

Mike Thomason

*New COPY*

Inmate's Name: __Henry Pacheco__ File#: __J981__   Grievance File#: _____

Housing Unit: __F__   Cell Location: __6__   Date of Incident: __8-16-2019__

Date Received by Grievance Officer: _____

**STEP 1 - Grievance:** Include documentation and names of any witnesses to support your claim. For your grievance to be accepted, you must state the result requested. Use additional pages, if necessary: I was getting a hair cut tonight 8-16-2019 and as we Valdez was cutting my hair I got Electricuted because I have to hold the ends that plug into eachother together or else the clippers dont stay on, the Extension cord is cut in several places, wires are exposed, plus we have ongoing water from the shower in several places, due to shower drain not

Inmate's signature: __Hnry Pacheco__   Date: __8-16-2019__

working properly. Joae Valdez, Ernest Valdez, patrick madinez, Tonny Lilon, Alonzo chavz Judith Ramirez, George Brnjo, Angela Garcia

Relief Requested: I'm requesting a new set of Clippers, a new extension cord, I will be contacting my attorney do let them know my c. is Endanger everyday I spend is here. I suffer from Mental Anguish, PTSD, depression need to seek Medical Health Provider, Reinstate Probation, Rerresting 250,000 for all medical Expenses.

**STEP 2 – To Be Completed by Grievance Officer:**

A. _✓_ your grievance is accepted for consideration.

B. ___ your grievance is being returned to because of the following reason:

    ___ 1. The grievance in not legible.

    ___ 2. The matter has been answered in a previous grievance #: _____

    ___ 3. The grievance concerns material not grievous under present policy.

    ___ 4. The grievance is a group grievance or petition (Submit individually.)

    ___ 5. The grievance is not timely.

    ___ 6. Other Specify: _____

Grievance Officer's Signature: __Sgt apodaca__   Date: __8-19-19__

Warden
Rose Bernal

## Inmate Grievance

Mike Thomason



Inmate's Name: _Henry Pacheco_ File#: _3981_ Grievance File#: _____

Housing Unit: _F_ Cell Location: _3_ Date of Incident: _8-10-2019_

Date Received by Grievance Officer: _____

**STEP 1 - Grievance:** Include documentation and names of any witnesses to support your claim. For your grievance to be accepted, you must state the result requested. Use additional pages, if necessary. _Officer George Armijo stated to us, that we were only going to get mail once a week. Also Mr. Jose Valdez was left out in the rain because he did not have a Rope Shirt._

Inmate's signature: _Henry Pacheco_ Date: _____

_Ernest Valdez, Patrick Martinez, Angelo Garcia, Jose Valdez, Jeremy_

Relief Requested: _Leon, Alonzo Chavez_ _Mail Passed out Monday thru Saturday, The safety of an Inmate should be your number one priority._

**STEP 2 – To Be Completed by Grievance Officer:**

A.___ your grievance is accepted for consideration.
B. _✓_ your grievance is being returned to because of the following reason:
  ___ 1. The grievance in not legible.
  ___ 2. The matter has been answered in a previous grievance #: _____
  _✓_ 3. The grievance concerns material not grievous under present policy.
  _✓_ 4. The grievance is a group grievance or petition (Submit individually.)
  ___ 5. The grievance is not timely.
  _✓_ 6. Other Specify: _the mail issue has been dealt with in past grievances. Inmates should wear full uniform per Inmate Handboo_

Grievance Officer's Signature: _Sgt Apodo_ Date: _8-11-19_

_The_

Warden
Rose Bernal

**Inmate Grievance**

Mike Thomason

Inmate's Name: _Henry Pacheco_ File#: _3981_   Grievance File#: _1_

Housing Unit: _F_   Cell Location: _3_   Date of Incident: _8-7-19_

Date Received by Grievance Officer: _8-9-19_

**STEP 1 - Grievance:** Include documentation and names of any witnesses to support your claim. For your grievance to be accepted, you must state the result requested. Use additional pages, if necessary: _I requested the law library book so I could look up some cases and the staff tonight told me they were to busy, so they are violating my civil rights so I will be contacting my attorney._

Inmate's signature: _Henry Pacheco_   Date: _8-7-19_

_Alberto Chavez, Ernest Valdez, Patrick Martinez, Jeremy Lucan._

Relief Requested: _Jose Valdez, Angelo Garcia._ _we should have a library, the newest edition of the Criminal code & procedure law book and I'm requesting $75,000 for medical expenses, because I'm suffering from stress, mental anguish, depression._

**STEP 2 – To Be Completed by Grievance Officer:**

A. ____ your grievance is accepted for consideration.
B. _✓_ your grievance is being returned to because of the following reason:

    ____ 1. The grievance in not legible.
    ____ 2. The matter has been answered in a previous grievance #: _____
    _✓_ 3. The grievance concerns material not grievous under present policy.
    ____ 4. The grievance is a group grievance or petition (Submit individually.)
    ____ 5. The grievance is not timely.
    ____ 6. Other Specify: _____

Grievance Officer's Signature: _Sgt Apodaca_   Date: _8-9-19_

Warden
Rose Bernal

**Inmate Grievance**

**Mike Thomason**



Inmate's Name: Henry Pacheco  File#: 3981  Grievance File#: _____

Housing Unit: F  Cell Location: 3  Date of Incident: 7-11-2019 to Present Day

Date Received by Grievance Officer: 8-3-19

**STEP 1 - Grievance:** Include documentation and names of any witnesses to support your claim. For your grievance to be accepted, you must state the result requested. Use additional pages, if necessary. Jose Valdez, Alonzo chavez, Angelo Garcia, Jeremy Leon, Louis Duran, Nash Esquivel Incident 7-15-2019 Ive already contacted a lawyer out of Albuquerque and Further action will be taken.

Inmate's signature: Henry Pacheco  Date: _____

Relief Requested: Fire Escape Exit plan, 2nd door Fire Exits, water Leak Fixed, Fire Exit training For Employees here at UNDC my life is precious and so Im requesting $250,000 because I only have one life, and right now my rights are being Violated.

**STEP 2 – To Be Completed by Grievance Officer:**

A.___ your grievance is accepted for consideration.

B.__✓_ your grievance is being returned to because of the following reason:

___ 1. The grievance in not legible.

___ 2. The matter has been answered in a previous grievance #: _____

__✓_ 3. The grievance concerns material not grievous under present policy.

__✓_ 4. The grievance is a group grievance or petition (Submit individually.)

___ 5. The grievance is not timely.

___ 6. Other Specify: _____

Grievance Officer's Signature: Sgt Apodaca  Date: 8-3-19

Warden
Rose Bernal

**Inmate Grievance**

Mike Thomason

*Need Copy*

Inmate's Name: Henry Pacheco  File#: 3981  Grievance File#: _____

Housing Unit: E  Cell Location: 3  Date of Incident: 8-15-2019

Date Received by Grievance Officer: 8-17-19

**STEP 1 – Grievance:** Include documentation and names of any witnesses to support your claim. For your grievance to be accepted, you must state the result requested. Use additional pages, if necessary. My phone numbers have been Restricted by this Facility. Stephanie Tepie, Kerrie Doren, placida Cruz

Inmate's signature: Henry Pacheco  Date: 8-15-2019

Relief Requested: Unblock my phone numbers, because I Cant Contact my Loved ones, so I'm suffering from Depression, Mental, Anguish, stress, I Need to talk to a Mental Health Provider. Reinstate my probation

**STEP 2 – To Be Completed by Grievance Officer:**

A. ✓ your grievance is accepted for consideration.
B. ___ your grievance is being returned to because of the following reason:
    __ 1. The grievance in not legible.
    __ 2. The matter has been answered in a previous grievance #: _____
    __ 3. The grievance concerns material not grievous under present policy.
    __ 4. The grievance is a group grievance or petition (Submit individually.)
    __ 5. The grievance is not timely.
    __ 6. Other Specify: _____

Grievance Officer's Signature: _____ Opdas  Date: 8-17-19

Warden
Rose Bernal

**Inmate Grievance**

Mike Thomason

Need
Cup X

Inmate's Name: _Henry Pachero_   File#: _3981_   Grievance File#: _____

Housing Unit: _F._   Cell Location: _6_   Date of Incident: _8-29-19_

Date Received by Grievance Officer: _9-8-19_

**STEP 1 – Grievance:** Include documentation and names of any witnesses to support your claim. For your grievance to be accepted, you must state the result requested. Use additional pages, if necessary: Officer Jeremy Lucero took me to Medical this morning at 9:00am, to see the Doctor (Deena) on the monitor screen, and Nurse Debbie Chavez. Ms. Chavez was making rude gestures towards me, telling me I was the leader of the pack, that I was going to prison and that I didn't look depressed. Deena has to tell her three times to be mean better.

Inmate's signature: _Hey Pe bi___   Date: _8-29-19_

Jeremy Lucero, Debbie Chavez, Doctor Deena - monitor screen

Relief Requested: I want Nurse Chavez to be more professional about her job, keep her remarks to herself, be put on administration leave and conduct an investigation on her, I'm not the only one she acts like this with, making rude gestures. Reinstate my Probation, speak with County Commissioner about her actions.

**STEP 2 – To Be Completed by Grievance Officer:**

A. ✓ your grievance is accepted for consideration.

B. ___ your grievance is being returned to because of the following reason:
   ___ 1. The grievance in not legible.
   ___ 2. The matter has been answered in a previous grievance #: _____
   ___ 3. The grievance concerns material not grievous under present policy.
   ___ 4. The grievance is a group grievance or petition (Submit individually.)
   ___ 5. The grievance is not timely.
   ___ 6. Other Specify: _____

Grievance Officer's Signature: _Sgt Apodaca_   Date: _9-8-19_

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT

Henry Pacheco
Leroy Martinez
P.O Box 905
Raton nm
87740

U.S. POSTAGE PAID
PM 1-Day
RATON, NM
87740
OCT 29 19
AMOUNT
**$14.15**
R2303S101535-03

87102

The United States
District Court For
The District of n.M.
Office of the Clerk

RECEIVED
DISTRICT COURT
IE, NEW MEXICO

8 0 2019