10-30-19

To whom it may Concern: My name is Henry G Pacheco and I currently filed a Lawsuit or Claim against Vigil-Maldonado Detention Center, in Raton New Mexico where I was being Housed Waiting on the out come of my Court, which I was just Sentenced to Department of Corrections For a period of 4 years, so can you please send all my mail here and when they move me again to where I'm going I will notify you Immediately. As soon as I get my Civil No. I will be sending in my First, Second set of Interragatory Questions, I just wanted to Notify the Courts that I had been Sentenced to D.O.C, So there is no miscommunication between us and you all know my where abouts at all times, So with that said Thank you all For your time and Consideration in this matter and I hope to hear from you soon.

Sincerly

Henry Pacheco #59308

19cv1013-MV-LH

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 04 2019

MITCHELL R. ELFERS
CLERK

Inmate Name: Henry Pacheco
Inmate Number: 59308
CNMCF/CMRU/UNIT# 1B-E #116
P.O. Drawer 1328
Los Lunas, NM 87031

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV - 4 2013

MITCHELL R. ELFERS
CLERK

United States District Court
District of New Mexico
Office of the Clerk Suite 270
333 Lomas BLVD N.W.
Albuquerque N.M.
87102

8710283274 0023